IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   7:19cv354 |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| SOUTHERN COAL CORPORATION; | ) | |
| A & G COAL CORPORATION; | ) | |
| JUSTICE COAL OF ALABAMA LLC; | ) | |
| BLACK RIVER COAL LLC; | ) | |
| CHESTNUT LAND HOLDINGS LLC; | ) | |
| DOUBLE BONUS COAL COMPANY; | ) | |
| DYNAMIC ENERGY INC.; FOUR | ) | |
| STAR RESOURCES LLC; FRONTIER | ) | |
| COAL COMPANY, INC.; INFINITY | ) | |
| ENERGY INC.; JUSTICE ENERGY | ) | |
| COMPANY, INC.; JUSTICE | ) | |
| HIGHWALL MINING, INC.; | ) | |
| KENTUCKY FUEL CORP., | ) | |
| KEYSTONE SERVICES INDUSTRIES | ) | |
| INC.; M & P SERVICES, INC.; NINE | ) | |
| MILE MINING COMPANY, INC.; | ) | |
| NUFAC MINING COMPANY, INC.; | ) | |
| PAY CAR MINING INC.; PREMIUM | ) | |
| COAL COMPANY, INC.; S AND H | ) | |
| MINING, INC.; SEQUOIA ENERGY, | ) | |
| LLC; TAMS MANAGEMENT, INC.; | ) | |
| VIRGINIA FUEL CORP., | ) | |
| | ) | |
| Defendants. | | |

## **COMPLAINT**

Plaintiff, United States of America, on behalf of the Secretary of Labor, United States

Department of Labor, and Mine Safety and Health Administration ("MSHA"), by and through the

United States Attorney for the Western District of Virginia, hereby alleges as follows:

## INTRODUCTION

1.      This action is brought by the United States of America to collect civil penalties and other amounts owed to the United States under the Mine Safety and Health Act of 1977, as amended, 30 U.S.C. § 801, *et seq.* ("Mine Act"), and the Federal Debt Collection Procedures Act ("FDCPA"), 28 U.S.C. § 3001, *et seq.*, as applicable.

2.      Defendants have failed to pay hundreds of monetary penalties for Mine Act violations, totaling $4,776,370.40, inclusive of penalties and interest, as of May 3, 2019. As a result, the United States seeks "to recover a judgment on [the] debt" that Defendants have long refused to pay. 28 U.S.C. § 3001(a).

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345 because the United States is the plaintiff. The Court also has jurisdiction under Section 110(j) of the Mine Act, 30 U.S.C. § 820(j), and the FDCPA, 28 U.S.C. § 3001(a).

4.      Venue is proper in the Western District of Virginia pursuant to 28 U.S.C. §§ 1391(b)(1) and 3001(b).

## PARTIES

5.      Plaintiff is the United States of America acting pursuant to its authority under the Mine Act and FDCPA to collect debts owed for violations due to unsafe mine conditions under the Mine Act.

6.      Southern Coal Corporation ("SCC") is a Delaware corporation with its principal place of business at 818 North Eisenhower Drive, Beckley, West Virginia. SCC conducts business at 302 South Jefferson Street, Roanoke, Virginia. SCC is the parent company of several of the

defendant mine operators. James C. Justice II, James C. Justice III, and Jillian L. Justice were and/or are the record owners of all the outstanding stock of SCC at the relevant times.

7. Justice Coal of Alabama, LLC (fka Alabama Carbon, LLC) is an Alabama limited liability company with its principal place of business at 818 North Eisenhower Drive, Beckley, West Virginia. Justice Coal of Alabama, LLC operates one mine with delinquent, uncontested MSHA penalties in Jackson County, Alabama.

8. A & G Coal Corporation is a Virginia corporation with its principal place of business at 302 South Jefferson Street, Roanoke, Virginia. A & G Coal Corporation operates eight mines with delinquent, uncontested MSHA penalties in Wise County and Dickenson County, Virginia.

9. Black River Coal, LLC is a Delaware limited liability company, with its principal place of business at 302 South Jefferson Street, Roanoke, Virginia. Black River Coal, LLC operates one mine with delinquent, uncontested MSHA penalties in Tazewell County, Virginia.

10. Chestnut Land Holdings, LLC is a Delaware limited liability company with its principal place of business at 302 South Jefferson Street, Roanoke, Virginia. Chestnut Land Holdings LLC operates one mine with delinquent, uncontested MSHA penalties in McDowell County, West Virginia.

11. Double Bonus Coal Company is a West Virginia corporation with its principal place of business at 216 Lake Drive, Daniels, West Virginia. Double Bonus Coal Company operates one mine with delinquent, uncontested MSHA penalties in Wyoming County, West Virginia.

12.     Dynamic Energy, Inc. is a West Virginia corporation with its principal place of business at 216 Lake Drive, Daniels, West Virginia. Dynamic Energy, Inc. operates one mine with delinquent, uncontested MSHA penalties in Wyoming County, West Virginia.

13.     Four Star Resources LLC is a Kentucky limited liability company with its principal place of business at 302 South Jefferson Street, Roanoke, Virginia. Four Star Resources LLC operates one mine with delinquent, uncontested MSHA penalties in Harlan County, Kentucky.

14.     Frontier Coal Company, Inc. is a West Virginia corporation with its principal place of business at 216 Lake Drive, Daniels, West Virginia. Frontier Coal Company, Inc. operates one mine with delinquent, uncontested MSHA penalties in Wyoming County, West Virginia.

15.     Infinity Energy, Inc. is a Kentucky corporation with its principal place of business at 302 South Jefferson Street, Roanoke, Virginia. Infinity Energy, Inc. operates one mine with delinquent, uncontested MSHA penalties in Leslie County, Kentucky.

16.     Justice Energy Company is a West Virginia corporation with its principal place of business at 216 Lake Drive, Daniels, West Virginia. Justice Energy Company operates one mine with delinquent, uncontested MSHA penalties in McDowell County, West Virginia.

17.     Justice Highwall Mining, Inc. is a West Virginia corporation with its principal place of business at 216 Lake Drive, Daniels, West Virginia. Justice Energy Company operates one mine with delinquent, uncontested MSHA penalties in McDowell County, West Virginia.

18.     Kentucky Fuel Corporation is a West Virginia corporation with its principal place of business at 302 South Jefferson Street, Roanoke, Virginia. Kentucky Fuel Corporation operates seven mines with delinquent, uncontested MSHA penalties in Breathitt County, Kentucky; Knott County, Kentucky; McDowell County, West Virginia; and Logan County, West Virginia.

19.     Keystone Service Industries Inc. is a West Virginia corporation with its principal place of business at 216 Lake Drive, Daniels, West Virginia. Keystone Service Industries operates one mine with delinquent, uncontested MSHA penalties in McDowell County, West Virginia.

20.     M & P Services, Inc. is a West Virginia corporation with its principal place of business at 216 Lake Drive, Daniels, West Virginia. M & P Services, Inc. operates one mine with delinquent, uncontested MSHA penalties in McDowell County, West Virginia.

21.     Nine Mile Mining, Inc. is a Virginia corporation with its principal place of business at 302 South Jefferson Street, Roanoke, Virginia. Nine Mile Mining, Inc. operates two mines with delinquent, unpaid MSHA penalties in Lee County, Virginia, and Wise County, Virginia.

22.     Nufac Mining Company, Inc. is a Delaware corporation with its principal place of business at 1209 Orange Street, Wilmington, Delaware. Nufac Mining Company, Inc. operates three mines with delinquent, uncontested MSHA penalties in McDowell County and Wyoming County, West Virginia.

23.     Pay Car Mining, Inc. is a West Virginia corporation with its principal place of business at 216 Lake Drive, Daniels, West Virginia. Pay Car Mining, Inc. operates two mines with delinquent, uncontested MSHA penalties in McDowell County and Wyoming County, West Virginia.

24.     Premium Coal Company, Incorporated is an Alabama corporation with its principal place of business at 302 South Jefferson Street, Roanoke, Virginia. Premium Coal Company, Incorporated operates three mines with delinquent, uncontested MSHA penalties in Anderson County, Tennessee.

25.     S and H Mining, Inc. is a Tennessee corporation with its principal place of business at 302 South Jefferson Street, Roanoke, Virginia. S and H Mining Inc. operates one mine with delinquent, uncontested MSHA penalties in Campbell County, Tennessee.

26.     Sequoia Energy, LLC is a Kentucky limited liability company with its principal place of business at 302 South Jefferson Street, Roanoke, Virginia. Sequoia Energy, LLC operates two mines with delinquent, uncontested MSHA penalties in Harlan County, Kentucky.

27.     Tams Management, Inc. is a West Virginia corporation with its principal place of business at 216 Lake Drive, Daniels, West Virginia. Tams Management, Inc. operates two mines with delinquent, uncontested MSHA penalties in Raleigh County, West Virginia.

28.     Virginia Fuel Corporation is a Delaware corporation with its principal place of business at 302 South Jefferson Street, Roanoke, Virginia. Virginia Fuel Corporation operates six mines with delinquent, uncontested MSHA penalties in Harlan County, Kentucky; Lee County, Virginia; Dickenson County, Virginia; and Wise County, Virginia.

**FACTS**

29.     Under the Mine Act, an "operator means any owner, lessee, or other person who operates, controls, or supervises a coal or other mine or any designated independent contractor performing services or construction at such mine." 30 U.S.C. § 802.

30.      When the operator is a corporate entity, the operator must provide MSHA with various information, including identifying the individual controller of the operator. 30 C.F.R. § 41.11(d). Any changes to the required information, including a controller change, must be reported to MSHA within 30 days of the change. *Id.* § 41.12.

31.     The controllers of the defendant operators are currently James C. Justice II, James C. Justice III, and Jillian Justice.

6

32.     Between May 3, 2014, and May 3, 2019, MSHA issued at least 2,297 citations to Defendants for violations of the Mine Act. MSHA assessed civil penalties for each violation pursuant to the Mine Act, totaling at least $3,954,984.37. *See* Treasury Decl., Ex. 1; MSHA Decl., Ex. 2.

33.     Defendants failed to pay the proposed penalties or notify MSHA that it contested the assessed civil penalties and request a hearing. Defendants were informed that the assessments would become a final order if they failed to contest the assessments by operation of law under Section 105(a) of the Mine Act, 30 U.S.C. § 815(a), and that the final order would be enforced under the provisions of the Mine Act. The citations and penalties are, therefore, final orders within the meaning of Section 105(a) of the Mine Act, 30 U.S.C. § 815(a).

34.     The various civil penalties became delinquent thirty days after the final order of the Federal Mine Safety and Health Review Commission under Section 105(a) and (d) of the Mine Act, 30 U.S.C. § 815(a) & (d). MSHA sent two demand letters to Defendants and when unable to collect the respective debt for at least 100 days, MSHA forwarded $2,393,236.97 to the Department of Treasury ("Treasury") for collection under the FDCPA.

35.     Treasury sent a written demand for each delinquent debt upon MSHA's referral of each debt to Treasury for collection. Treasury attempted to collect these debts, including hiring third-party debt collectors and placing Defendants in the Treasury Offset Program. Despite these collection attempts by Treasury, Defendants still failed to pay the assessed penalty, and Treasury referred the debts to the Department of Justice for collection.

36.     After referral to the Department of Justice for collection, the United States Attorney's Office for the Western District of Virginia made a written demand for the delinquent debts on Defendants on September 5, 2018. Defendants still have failed to pay the outstanding

debt. Interest and additional penalties have been assessed in accordance with 30 U.S.C. § 820(j), 31 U.S.C. §§ 3711(g) and 3717(e), and 28 U.S.C. § 527.

37.    MSHA's referral of many of the debts to the Treasury for collection subjected the penalties to additional fees. For the civil penalties identified in Paragraph 32, Defendants owe an additional $821,386.03 in unpaid fees.

38.    The amounts described in Paragraphs 32 and 37, totaling $3,214,623.00, are due and owing to the United States and have not been paid. *See* Treasury Decl., Ex. 1.

39.    Additionally, final orders have been issued against Defendants for an additional 806 violations that MSHA has not referred to Treasury for collection, totaling $1,561,747.40, which is past due and owing to the United States but has not been paid. *See* MSHA Decl., Ex. 2.

40.    As the operators of the mines for which the citations and penalties described above were issued, Defendants are liable for the unpaid civil penalties pursuant to Sections 110(a) and 110(j) of the Mine Act, 30 U.S.C. §§ 820(a) & 820(j).

## PRAYER FOR RELIEF

The United States of America respectfully requests the following relief:

1. A Judgment against Defendant for the principal amount of unpaid civil penalties and administrative costs owed to the United States for Mine Act violations, in an amount not less than $4,776,370.40;

2. A Judgment against Defendants for interest on the principal amount of the unpaid civil penalties at the rate of 8% per annum authorized by Section 110(j) of the Mine Act, 30 U.S.C. § 820(j), plus interest accruing after May 3, 2019;

3. A Judgment against Defendants for the 10% surcharge authorized by the FDCPA, 28 U.S.C. § 3011(a);

4. An order enjoining Defendants from violating, failing, or refusing to comply with an order or decision under the Mine Act, and enjoining them from failing or refusing to comply with any order or decision, including a civil penalty assessment order, that is issued under the Mine Act; and

5. Any other appropriate relief.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

 /s/ *Krista Consiglio Frith*
Assistant United States Attorney
Virginia Bar No. 89088
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008
TEL (540) 857-2250
FAX (540) 857-2614
krista.frith@usdoj.gov

*/s/ Jason S. Grover*
Special Assistant United States Attorney
Illinois Bar No. 6256032
Counsel for Trial Litigation
Mine Safety and Health Division
Office of the Solicitor
U.S. Department of Labor
201 12th Street South
Suite 401
Arlington, VA 22202
TEL (202) 693-9326
FAX (202) 693-9392
grover.jason@dol.gov

9

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| SOUTHERN COAL CORPORATION; | ) | |
| A & G COAL CORPORATION; | ) | |
| ALABAMA CARBON LLC; JUSTICE | ) | |
| COAL OF ALABAMA LLC; BLACK | ) | |
| RIVER COAL LLC; CHESTNUT | ) | |
| LAND HOLDINGS LLC; DOUBLE | ) | |
| BONUS COAL COMPANY; | ) | |
| DYNAMIC ENERGY INC.; FOUR | ) | |
| STAR RESOURCES LLC; FRONTIER | ) | |
| COAL COMPANY, INC.; INFINITY | ) | |
| ENERGY INC.; JUSTICE ENERGY | ) | |
| COMPANY, INC.; KENTUCKY FUEL | ) | |
| CORP., KEYSTONE SERVICES | ) | |
| INDUSTRIES INC.; M&P SERVICES, | ) | |
| INC.; NINE MILE MINING | ) | |
| COMPANY, INC.; NUFAC MINING | ) | |
| COMPANY, INC.; PAY CAR MINING | ) | |
| INC.; PREMIUM COAL COMPANY, | ) | |
| INC.; S&H MINING, INC.; SEQUOIA | ) | |
| ENERGY; TAMS MANAGEMENT, | ) | |
| INC.; VIRGINIA FUEL CORP., | ) | |
| | ) | |
| Defendants. | ) | |

DECLARATION

I, Anita M. Triantafilledes, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am the Manager of the Litigation Policy & Management Branch in the Department of

the Treasury, Bureau of the Fiscal Service, Debt Management Services (DMS),

Washington, D.C.  The information described herein is based on my training, experience,

and review of the records for Defendants A&G Coal Corporation, Alabama Carbon LLC, Justice Coal of Alabama LLC, Black River Coal LLC, Chestnut Land Holdings LLC, Double Bonus Coal Company, Dynamic Energy Inc., Four Star Resources LLC, Frontier Coal Company, Inc., Infinity Energy Inc., Justice Energy Company, Inc., Kentucky Fuel Corp., Keystone Services Industries Inc., M&P Services, Inc., Nine Mile Mining Company, Inc., Nufac Mining Company, Inc. Pay Car Mining, Inc., Premium Coal Company, Inc., S&H Mining, Inc., Sequoia Energy, Tams Management, Inc., and Virginia Fuel Corp. (collectively, "Defendants").

2. Federal agencies refer delinquent nontax debts to DMS for collection. At the time of referral, and at each agency update, agencies are required to certify to DMS that the debts they refer are delinquent, valid, legally enforceable in the amount stated, and that any required due process has been given.

3. After a debt is referred to DMS by a creditor agency, such as the Department of Labor, Mine Safety and Health Administration ("MSHA"), DMS uses a number of collection tools, to attempt to collect the debt. These tools may include: demand letter(s); phone contact and/or correspondence with the debtor; referral to the Treasury Offset Program (TOP) to reduce any eligible federal or state payments that the debtor may receive; referral to private collection agencies (PCAs), which are under contract with DMS; and referral to the Department of Justice for enforced collection through litigation.

4. DMS charges creditor agencies fees to cover the cost of collection. DMS is authorized to charge these fees pursuant to 31 U.S.C. § 3711(g)(6); *see also* 31 C.F.R. § 285.12(j); 31 C.F.R. § 901.1(f). DMS fees are 30% for any debts that are less than two years delinquent, based on the default date provided by the creditor agency, and 32% for debts

that are over two years delinquent. The fee is computed as 30% or 32% of the principal, plus interest, penalty, and administrative costs of the referred debt.[1]

5.  In addition, the Department of Justice has authority to charge a 3% fee pursuant to 28 U.S.C. § 527 legislative note.

6.  Creditor agencies, such as MSHA, are generally required to pass on all debt collection costs to the debtor. 31 U.S.C. § 3717(e)(1); *see also* 31 C.F.R. § 901.9(c), (f). Costs to the creditor agency include fees charged to the creditor agency. *See id.*

7.  The amount owed by Defendants as of May 3, 2019, is $3,214,623.00.

8.  The amount owed is comprised of:

**Principal**: $2,393,236.97

**Fiscal Service and DOJ fees**: $821,386.03

**<u>TOTAL: $3,214,623.00</u>**

DATED this 6th day of May, 2019.

Signature _____

Anita M. Triantafilledes
Digitally signed by Anita M. Triantafilledes
Date: 2019.05.06 18:36:30 -04'00'

Anita M. Triantafilledes
Manager, Litigation Policy & Management Branch
Bureau of the Fiscal Service, Debt Management Service
Department of the Treasury

---

1       When a collection on a federal nontax debt results from offset of payments through TOP, DMS charges the creditor agency the TOP fee of $17.00 per offset, and does not charge the 30% or 32% fee.

2       The 1994 Appropriation Act (PL. 103-121) authorized DOJ to retain up to 3% of all amounts collected as the result of its civil debt collection litigation activities. Because the DOJ fee is based on amounts collected, the DOJ Fee is calculated by adding principal, interest, administrative costs (including Fiscal Service's fee), penalties and then dividing by .97 and multiplying by .03.

EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|       Plaintiff, | Declaration of Thomas Charboneau |
| v. | Case No. |
| SOUTHERN COAL CORPORATION; A & G COAL CORPORATION; BANDY COAL LLC; BLACK RIVER COAL LLC; BLUESTONE COAL CORPORATION; CHESTNUT LAND HOLDINGS LLC; DOUBLE BONUS COAL COMPANY; FRONTIER COAL COMPANY INC; JUSTICE ENERGY COMPANY INC; JUSTICE HIGHWALL MINING INC; KENTUCKY FUEL CORPORATION; KEYSTONE SERVICE INDUSTRIES INC; NINE MILE MINING INC; NUFAC MINING COMPANY INC; PAY CAR MINING INC; PREMIUM COAL COMPANY INC; TAMS MANAGEMENT INC; VIRGINIA FUEL CORPORATION, INC.; S AND H MINING, INC.; SEQUOIA ENERGY; TAMS MANAGEMENT, INC.; VIRGINIA FUELS CORP., | |
|       Defendants. | |

## DECLARATION

I, Thomas Charboneau, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Director of the Office of Assessments, Mine Safety and Health

Administration (MSHA), U.S. Department of Labor, in Arlington, Virginia. The Office

of Assessments collects civil monetary penalties for violations of the Federal Mine Safety

and Health Act of 1977, as amended, 30 U.S.C. § 801 *et seq.* (Mine Act) and of mine safety and health standards issued under the Mine Act. The Office of Assessments administers all activities for the proposal of the dollar amounts of civil penalties and the administrative processing of all civil penalty assessments that become final orders of the Federal Mine Safety and Health Review Commission (FMSHRC) as well as associated cash and debt management activities. These activities include collecting and accounting for all delinquent civil penalties.

2. In the course of my duties, I have access to certain computer records of the Office of Assessments and MSHA. I oversaw a search of the records within my custody and control in connection with the citations for safety and health violations issued by MSHA, and civil monetary penalties assessed by FMSHRC, at the mines listed in the attached spreadsheet.

3. As reflected in the attached charts, MSHA proposed civil monetary penalties since May 3, 2014, for no fewer than:

a. 118 violations at mines operated by A & G Coal Corporation, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $544,532.97.

b. 3 violations at mines operated by Bandy Coal LLC, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $407.00.

2

c. 11 violations at mines operated by Black River Coal LLC, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $86,041.00.

d. 10 violations at mines operated by Bluestone Coal Corporation, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $2,167.00.

e. 2 violations at mines operated by Chestnut Land Holdings LLC, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $411.53.

f. 19 violations at mines operated by Double Bonus Coal Company, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $97,103.00.

g. 39 violations at mines operated by Frontier Coal Company Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $11,684.31.

h. 36 violations at mines operated by Justice Energy Company Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $14,561.15.

i. 16 violations at mines operated by Justice Highwall Mining Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $4,075.42.

j. 12 violations at mines operated by Kentucky Fuel Corporation, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $63,378.42.

k. 7 violations at mines operated by Keystone Service Industries Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $849.92.

l. 9 violations at mines operated by Nine Mile Mining Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $11,465.78.

m. 111 violations at mines operated by Nufac Mining Company Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $25,543.09.

n. 354 violations at mines operated by Pay Car Mining Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $663,669.70.

o. 4 violations at mines operated by Premium Coal Company Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $455.86.

p. 45 violations at mines operated by Tams Management Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $31,419.69.

4

q. 10 violations at mines operated by Virginia Fuels Corporation, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $3,981.56.

4. All the violations and penalties referred to in ¶ 3 became final orders within the meaning of §§ 105(a) & (d) of the Mine Act. 30 U.S.C. §§ 815(a) & (d).

5. The amounts described in ¶ 3 are past due and owing to the United States and have not been paid.

6. Statutory pre-judgment interest has accrued on the amounts described in ¶ 3 in the amount of not less than $1,561,747.40 for no less than 806 violations as of April 30, 2019.

7. The violations and amounts described above are in addition to those that have been referred to the Department of Treasury for collection.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Arlington, DATED this _3rd_ day of May, 2019

THOMAS CHARBONEAU
Director
Office of Assessments
Mine Safety and Health Administration

5

| Violator ID | Violator Name | Number of Cases | Number of Violations | Total of Owed |
|---|---|---|---|---|
| P21141 | A & G Coal Corporation | 14 | 118 | $544,532.97 |
| 0132995 | Bandy Coal LLC | 1 | 3 | $407.00 |
| 0121130 | Black River Coal LLC | 1 | 11 | $86,041.00 |
| P02030 | Bluestone Coal Corporation | 1 | 10 | $2,167.00 |
| 0118409 | Chestnut Land Holdings LLC | 2 | 2 | $411.53 |
| 0053059 | Double Bonus Coal Company | 1 | 19 | $97,103.00 |
| 0083104 | Frontier Coal Company Inc | 3 | 39 | $11,684.31 |
| 0089765 | Justice Energy Company Inc | 5 | 36 | $14,561.15 |
| 0051938 | Justice Highwall Mining Inc | 4 | 16 | $4,075.42 |
| 0059863 | Kentucky Fuel Corporation | 6 | 12 | $63,378.42 |
| P18954 | Keystone Service Industries Inc | 4 | 7 | $849.92 |
| 0099325 | Nine Mile Mining Inc | 7 | 9 | $11,465.78 |
| 0095328 | Nufac Mining Company Inc | 13 | 111 | $25,543.09 |
| 0074803 | Pay Car Mining Inc | 12 | 354 | $663,669.70 |
| P02174 | Premium Coal Company Inc | 2 | 4 | $455.86 |
| 0108546 | Tams Management Inc | 12 | 45 | $31,419.69 |
| 0112288 | Virginia Fuels Corporation | 7 | 10 | $3,981.56 |
| | **Totals** | **95 Cases** | **806 Violations** | **$1,561,747.40** |

Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| | | Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt | | | | |
| 000399126 | P21141 | A & G Coal Corporation | 4407160 | 000399126 | 7 | $82,234.00 |
| 000422235 | P21141 | A & G Coal Corporation | 4406992 | 000422235 | 19 | $60,893.00 |
| 000428879 | P21141 | A & G Coal Corporation | 4406992 | 000428879 | 19 | $89,094.46 |
| 000431971 | P21141 | A & G Coal Corporation | 4406992 | 000431971 | 3 | $22,813.00 |
| 000433849 | P21141 | A & G Coal Corporation | 4406992 | 000433849 | 5 | $6,646.00 |
| 000438545 | P21141 | A & G Coal Corporation | 4406992 | 000438545 | 3 | $40,251.00 |
| 000441115 | P21141 | A & G Coal Corporation | 4407228 | 000441115 | 3 | $368.63 |
| 000443396 | P21141 | A & G Coal Corporation | 4407228 | 000443396 | 2 | $235.04 |
| 000484998 | P21141 | A & G Coal Corporation | 4407160 | 000484998 | 1 | $270.00 |
| 000346270 | P21141 | A&G Coal Corporation | 4404534 | 000346270 | 2 | $8,952.57 |
| 000346286 | P21141 | A&G Coal Corporation | 4404534 | 000346286 | 4 | $30,694.56 |
| 000352768 | P21141 | A&G Coal Corporation | 4404534 | 000352768 | 1 | $9,941.35 |
| 000353549 | P21141 | A&G Coal Corporation | 4404534 | 000353549 | 47 | $138,466.86 |
| 000353996 | P21141 | A&G Coal Corporation | 4404534 | 000353996 | 2 | $53,672.50 |
| | | Totals | 4 Mines | 14 Cases | 118 Violations | $544,532.97 |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000367941 | 0132995 | Bandy Coal, LLC | 4406859 | 000367941 | 3 | $407.00 |
| **Totals** | | | **1 Mine** | **1 Case** | **3 Violations** | **$407.00** |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000389543 | 0121130 | Black River Coal, LLC | 4406859 | 000389543 | 11 | $86,041.00 |
| **Totals** | | | 1 Mine | 1 Case | 11 Violations | $86,041.00 |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000486935 | P02030 | Bluestone Coal Corporation | 4603404 | 000486935 | 10 | $2,167.00 |
| **Totals** | | | **1 Mine** | **1 Case** | **10 Violations** | **$2,167.00** |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000441545 | 0118409 | Chestnut Land Holdings, LLC | 4602380 | 000441545 | 1 | $117.53 |
| 000481760 | 0118409 | Chestnut Land Holdings, LLC | 4602380 | 000481760 | 1 | $294.00 |
| | | Totals | 1 Mine | 2 Cases | 2 Violations | $411.53 |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000334457 | 0053059 | Double Bonus Coal Company | 4609020 | 000334457 | 19 | $97,103.00 |
| | | Total | 1 Mine | 1 Case | 19 Violations | $97,103.00 |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000439719 | 0083104 | Frontier Coal Company, Inc. | 4609227 | 000439719 | 36 | $11,077.31 |
| 000444491 | 0083104 | Frontier Coal Company, Inc. | 4609227 | 000444491 | 2 | $472.00 |
| 000484065 | 0083104 | Frontier Coal Company, Inc. | 4609227 | 000484065 | 1 | $135.00 |
| | | Totals | 1 Mine | 3 Cases | 39 Violations | $11,684.31 |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000468428 | 0089765 | Justice Energy Company Inc | 4606578 | 000468428 | 9 | $2,137.00 |
| 000472562 | 0089765 | Justice Energy Company Inc | 4606578 | 000472562 | 1 | $118.00 |
| 000478875 | 0089765 | Justice Energy Company Inc | 4606578 | 000478875 | 13 | $3,807.15 |
| 000484558 | 0089765 | Justice Energy Company Inc | 4606578 | 000484558 | 1 | $121.00 |
| 000486477 | 0089765 | Justice Energy Company Inc | 4606578 | 000486477 | 12 | $8,378.00 |
| | | **Totals** | **1 Mine** | **5 Cases** | **36 Violations** | **$14,561.15** |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000479251 | 0051938 | Justice Highwall Mining Inc. | 4609239 | 000479251 | 2 | $241.42 |
| 000483611 | 0051938 | Justice Highwall Mining Inc. | 4609239 | 000483611 | 2 | $392.00 |
| 000485010 | 0051938 | Justice Highwall Mining Inc. | 4609239 | 000485010 | 5 | $1,118.00 |
| 000487182 | 0051938 | Justice Highwall Mining Inc. | 4609239 | 000487182 | 7 | $2,324.00 |
| Totals | | | 1 Mine | 4 Cases | 16 Violations | $4,075.42 |

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| | | Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt | | | | |
| 000379788 | 0059863 | Kentucky Fuel Corporation | 1519758 | 000379788 | 2 | $62,175.42 |
| 000445918 | 0059863 | Kentucky Fuel Corporation | 1513254 | 000445918 | 3 | $348.00 |
| 000479535 | 0059863 | Kentucky Fuel Corporation | 1517021 | 000479535 | 1 | $133.70 |
| 000481461 | 0059863 | Kentucky Fuel Corporation | 1517021 | 000481461 | 1 | $118.65 |
| 000481463 | 0059863 | Kentucky Fuel Corporation | 1517894 | 000481463 | 1 | $118.65 |
| 000485055 | 0059863 | Kentucky Fuel Corporation | 1517021 | 000485055 | 4 | $484.00 |
| | | Totals | 4 Mines | 6 Cases | 12 Violations | $63,378.42 |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000441119 | P18954 | Keystone Service Industries, Inc. | 4603444 | 000441119 | 2 | $236.92 |
| 000473125 | P18954 | Keystone Service Industries, Inc. | 4603444 | 000473125 | 2 | $236.00 |
| 000483596 | P18954 | Keystone Service Industries, Inc. | 4603444 | 000483596 | 1 | $135.00 |
| 000485003 | P18954 | Keystone Service Industries, Inc. | 4603444 | 000485003 | 2 | $242.00 |
| | | Totals | 1 Mine | 4 Cases | 7 Violations | $849.92 |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000321500 | 0099325 | Nine Mile Mining, Inc. | 4407252 | 000321500 | 1 | $6,627.21 |
| 000332225 | 0099325 | Nine Mile Mining, Inc. | 4407252 | 000332225 | 3 | $1,507.47 |
| 000336003 | 0099325 | Nine Mile Mining, Inc. | 4407252 | 000336003 | 1 | $2,756.81 |
| 000347822 | 0099325 | Nine Mile Mining, Inc. | 4407252 | 000347822 | 1 | $177.26 |
| 000371713 | 0099325 | Nine Mile Mining, Inc. | 4407252 | 000371713 | 1 | $156.65 |
| 000478868 | 0099325 | Nine Mile Mining, Inc. | 4407252 | 000478868 | 1 | $119.38 |
| 000484549 | 0099325 | Nine Mile Mining, Inc. | 4407252 | 000484549 | 1 | $121.00 |
| Totals | | | 1 Mine | 7 Cases | 9 Violations | $11,465.78 |

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000477459 | 0095328 | Nufac Mining Company Inc | 4609316 | 000477459 | 1 | $118.00 |
| 000481243 | 0095328 | Nufac Mining Company Inc | 4609316 | 000481243 | 1 | $250.00 |
| 000482941 | 0095328 | Nufac Mining Company Inc | 4609316 | 000482941 | 2 | $242.00 |
| 000486952 | 0095328 | Nufac Mining Company Inc | 4609316 | 000486952 | 1 | $121.00 |
| 000454366 | 0095328 | Nufac Mining Company, Inc | 4608786 | 000454366 | 30 | $257.82 |
| 000456604 | 0095328 | Nufac Mining Company, Inc | 4608786 | 000456604 | 25 | $6,738.00 |
| 000472962 | 0095328 | Nufac Mining Company, Inc | 4608786 | 000472962 | 5 | $1,458.00 |
| 000477447 | 0095328 | Nufac Mining Company, Inc | 4608786 | 000477447 | 4 | $472.00 |
| 000479242 | 0095328 | Nufac Mining Company, Inc | 4608786 | 000479242 | 13 | $1,568.45 |
| 000482934 | 0095328 | Nufac Mining Company, Inc | 4608786 | 000482934 | 2 | $242.00 |
| 000484891 | 0095328 | Nufac Mining Company, Inc | 4608786 | 000484891 | 12 | $3,223.00 |
| 000486942 | 0095328 | Nufac Mining Company, Inc | 4608786 | 000486942 | 14 | $10,694.00 |
| 000440464 | 0095328 | Nufac Mining Company, Inc | 4608769 | 000440464 | 1 | $158.82 |
| **Totals** | | | **3 Mines** | **13 Cases** | **111 Violations** | **$25,543.09** |

Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000291172 | 0074803 | Pay Car Mining Inc | 4608884 | 000291172 | 5 | $37,359.99 |
| 000440180 | 0074803 | Pay Car Mining Inc | 4609389 | 000440180 | 1 | $156.79 |
| 000444989 | 0074803 | Pay Car Mining Inc | 4608884 | 000444989 | 5 | $955.00 |
| 000459785 | 0074803 | Pay Car Mining Inc | 4608884 | 000459785 | 9 | $2,154.00 |
| 000470446 | 0074803 | Pay Car Mining Inc | 4608884 | 000470446 | 4 | $1,348.00 |
| 000472376 | 0074803 | Pay Car Mining Inc | 4608884 | 000472376 | 17 | $48,226.00 |
| 000474594 | 0074803 | Pay Car Mining Inc | 4608884 | 000474594 | 69 | $103,409.04 |
| 000476873 | 0074803 | Pay Car Mining Inc | 4608884 | 000476873 | 9 | $22,037.88 |
| 000478672 | 0074803 | Pay Car Mining Inc | 4608884 | 000478672 | 93 | $204,555.00 |
| 000482529 | 0074803 | Pay Car Mining Inc | 4608884 | 000482529 | 63 | $106,094.00 |
| 000484392 | 0074803 | Pay Car Mining Inc | 4608884 | 000484392 | 46 | $83,549.00 |
| 000486293 | 0074803 | Pay Car Mining Inc | 4608884 | 000486293 | 33 | $53,825.00 |
| | | Totals | 2 Mines | 12 Cases | 354 Violations | $663,669.70 |

Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed) | Sum of Owed |
|---|---|---|---|---|---|---|
| 000366443 | P02174 | Premium Coal Company Inc | 4002467 | 000366443 | 1 | $100.00 |
| 000479012 | P02174 | Premium Coal Company Inc | 4002467 | 000479012 | 3 | $355.86 |
| | | Totals | 1 Mine | 2 Cases | 4 Violations | $455.86 |

| Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt | | | | | | |
|---|---|---|---|---|---|---|
| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
| 000321510 | 0108546 | Tams Management, Inc | 4608716 | 000321510 | 7 | $6,680.15 |
| 000329653 | 0108546 | Tams Management, Inc | 4608716 | 000329653 | 2 | $5,216.26 |
| 000336016 | 0108546 | Tams Management, Inc | 4608716 | 000336016 | 4 | $1,082.53 |
| 000338777 | 0108546 | Tams Management, Inc | 4608716 | 000338777 | 3 | $3,176.53 |
| 000341183 | 0108546 | Tams Management, Inc | 4608716 | 000341183 | 2 | $2,192.57 |
| 000394454 | 0108546 | Tams Management, Inc | 4608716 | 000394454 | 8 | $4,640.20 |
| 000426361 | 0108546 | Tams Management, Inc | 4608716 | 000426361 | 13 | $1,809.40 |
| 000440886 | 0108546 | Tams Management, Inc | 4604734 | 000440886 | 1 | $117.53 |
| 000443210 | 0108546 | Tams Management, Inc | 4604734 | 000443210 | 1 | $117.52 |
| 000445593 | 0108546 | Tams Management, Inc | 4604734 | 000445593 | 1 | $116.00 |
| 000445598 | 0108546 | Tams Management, Inc | 4608716 | 000445598 | 1 | $6,029.00 |
| 000487353 | 0108546 | Tams Management, Inc | 4604734 | 000487353 | 2 | $242.00 |
| Totals | | | 2 Mines | 12 Cases | 45 Violations | $31,419.69 |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000384180 | 0112288 | Virginia Fuels Corporation | 4406947 | 000384180 | 1 | $686.91 |
| 000405561 | 0112288 | Virginia Fuels Corporation | 4407275 | 000405561 | 1 | $103.95 |
| 000445831 | 0112288 | Virginia Fuels Corporation | 4407275 | 000445831 | 1 | $116.00 |
| 000366459 | 0112288 | Virginia Fuels Corporation | 4406230 | 000366459 | 1 | $224.00 |
| 000399119 | 0112288 | Virginia Fuels Corporation | 4406230 | 000399119 | 2 | $212.70 |
| 000445821 | 0112288 | Virginia Fuels Corporation | 4406230 | 000445821 | 1 | $116.00 |
| 000445830 | 0112288 | Virginia Fuels Corporation | 4407253 | 000445830 | 3 | $2,522.00 |
| **Totals** | | | **4 Mines** | **7 Cases** | **10 Violations** | **$3,981.56** |

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

7:19cv354

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Roanoke
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Krista Frith
United States Attorneys Office
310 1st St. Rm 906, Roanoke, VA 24011

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
    Plaintiff

☐ 3  Federal Question
    *(U.S. Government Not a Party)*

☐ 2  U.S. Government
    Defendant

☐ 4  Diversity
    *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
30 U.S.C. 801 and 28 U.S.C. 3001
Brief description of cause:
Suit to enforce collection of civil penalties and interest against the defendants for failure to pay Mine Act violations.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $
4,776,370.40

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE   05/07/2019

SIGNATURE OF ATTORNEY OF RECORD   /s/Krista Consiglio Frith

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____