EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Declaration of Thomas Charboneau |
| v. | Case No. |
| SOUTHERN COAL CORPORATION; A & G COAL CORPORATION; BANDY COAL LLC; BLACK RIVER COAL LLC; BLUESTONE COAL CORPORATION; CHESTNUT LAND HOLDINGS LLC; DOUBLE BONUS COAL COMPANY; FRONTIER COAL COMPANY INC; JUSTICE ENERGY COMPANY INC; JUSTICE HIGHWALL MINING INC; KENTUCKY FUEL CORPORATION; KEYSTONE SERVICE INDUSTRIES INC; NINE MILE MINING INC; NUFAC MINING COMPANY INC; PAY CAR MINING INC; PREMIUM COAL COMPANY INC; TAMS MANAGEMENT INC; VIRGINIA FUEL CORPORATION, INC.; S AND H MINING, INC.; SEQUOIA ENERGY; TAMS MANAGEMENT, INC.; VIRGINIA FUELS CORP., | |
| Defendants. | |

DECLARATION

I, Thomas Charboneau, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

    1. I am the Director of the Office of Assessments, Mine Safety and Health

Administration (MSHA), U.S. Department of Labor, in Arlington, Virginia. The Office

of Assessments collects civil monetary penalties for violations of the Federal Mine Safety

and Health Act of 1977, as amended, 30 U.S.C. § 801 *et seq.* (Mine Act) and of mine safety and health standards issued under the Mine Act. The Office of Assessments administers all activities for the proposal of the dollar amounts of civil penalties and the administrative processing of all civil penalty assessments that become final orders of the Federal Mine Safety and Health Review Commission (FMSHRC) as well as associated cash and debt management activities. These activities include collecting and accounting for all delinquent civil penalties.

2. In the course of my duties, I have access to certain computer records of the Office of Assessments and MSHA. I oversaw a search of the records within my custody and control in connection with the citations for safety and health violations issued by MSHA, and civil monetary penalties assessed by FMSHRC, at the mines listed in the attached spreadsheet.

3. As reflected in the attached charts, MSHA proposed civil monetary penalties since May 3, 2014, for no fewer than:

a. 118 violations at mines operated by A & G Coal Corporation, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $544,532.97.

b. 3 violations at mines operated by Bandy Coal LLC, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $407.00.

c. 11 violations at mines operated by Black River Coal LLC, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $86,041.00.

d. 10 violations at mines operated by Bluestone Coal Corporation, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $2,167.00.

e. 2 violations at mines operated by Chestnut Land Holdings LLC, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $411.53.

f. 19 violations at mines operated by Double Bonus Coal Company, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $97,103.00.

g. 39 violations at mines operated by Frontier Coal Company Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $11,684.31.

h. 36 violations at mines operated by Justice Energy Company Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $14,561.15.

i. 16 violations at mines operated by Justice Highwall Mining Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $4,075.42.

j. 12 violations at mines operated by Kentucky Fuel Corporation, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $63,378.42.

k. 7 violations at mines operated by Keystone Service Industries Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $849.92.

l. 9 violations at mines operated by Nine Mile Mining Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $11,465.78.

m. 111 violations at mines operated by Nufac Mining Company Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $25,543.09.

n. 354 violations at mines operated by Pay Car Mining Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $663,669.70.

o. 4 violations at mines operated by Premium Coal Company Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $455.86.

p. 45 violations at mines operated by Tams Management Inc, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $31,419.69.

q. 10 violations at mines operated by Virginia Fuels Corporation, MSHA proposed civil penalties that become final orders of FMSHRC in the principal amount of not less than $3,981.56.

4. All the violations and penalties referred to in ¶ 3 became final orders within the meaning of §§ 105(a) & (d) of the Mine Act. 30 U.S.C. §§ 815(a) & (d).

5. The amounts described in ¶ 3 are past due and owing to the United States and have not been paid.

6. Statutory pre-judgment interest has accrued on the amounts described in ¶ 3 in the amount of not less than $1,561,747.40 for no less than 806 violations as of April 30, 2019.

7. The violations and amounts described above are in addition to those that have been referred to the Department of Treasury for collection.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Arlington, DATED this _3rd_ day of May, 2019

THOMAS CHARBONEAU
Director
Office of Assessments
Mine Safety and Health Administration

| Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt | | | | |
|---|---|---|---|---|
| Violator ID | Violator Name | Number of Cases | Number of Violations | Total of Owed |
| P21141 | A & G Coal Corporation | 14 | 118 | $544,532.97 |
| 0132995 | Bandy Coal LLC | 1 | 3 | $407.00 |
| 0121130 | Black River Coal LLC | 1 | 11 | $86,041.00 |
| P02030 | Bluestone Coal Corporation | 1 | 10 | $2,167.00 |
| 0118409 | Chestnut Land Holdings LLC | 2 | 2 | $411.53 |
| 0053059 | Double Bonus Coal Company | 1 | 19 | $97,103.00 |
| 0083104 | Frontier Coal Company Inc | 3 | 39 | $11,684.31 |
| 0089765 | Justice Energy Company Inc | 5 | 36 | $14,561.15 |
| 0051938 | Justice Highwall Mining Inc | 4 | 16 | $4,075.42 |
| 0059863 | Kentucky Fuel Corporation | 6 | 12 | $63,378.42 |
| P18954 | Keystone Service Industries Inc | 4 | 7 | $849.92 |
| 0099325 | Nine Mile Mining Inc | 7 | 9 | $11,465.78 |
| 0095328 | Nufac Mining Company Inc | 13 | 111 | $25,543.09 |
| 0074803 | Pay Car Mining Inc | 12 | 354 | $663,669.70 |
| P02174 | Premium Coal Company Inc | 2 | 4 | $455.86 |
| 0108546 | Tams Management Inc | 12 | 45 | $31,419.69 |
| 0112288 | Virginia Fuels Corporation | 7 | 10 | $3,981.56 |
| | Totals | 95 Cases | 806 Violations | $1,561,747.40 |

# Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000399126 | P21141 | A & G Coal Corporation | 4407160 | 000399126 | 7 | $82,234.00 |
| 000422235 | P21141 | A & G Coal Corporation | 4406992 | 000422235 | 19 | $60,893.00 |
| 000428879 | P21141 | A & G Coal Corporation | 4406992 | 000428879 | 19 | $89,094.46 |
| 000431971 | P21141 | A & G Coal Corporation | 4406992 | 000431971 | 3 | $22,813.00 |
| 000433849 | P21141 | A & G Coal Corporation | 4406992 | 000433849 | 5 | $6,646.00 |
| 000438545 | P21141 | A & G Coal Corporation | 4406992 | 000438545 | 3 | $40,251.00 |
| 000441115 | P21141 | A & G Coal Corporation | 4407228 | 000441115 | 3 | $368.63 |
| 000443396 | P21141 | A & G Coal Corporation | 4407228 | 000443396 | 2 | $235.04 |
| 000484998 | P21141 | A & G Coal Corporation | 4407160 | 000484998 | 1 | $270.00 |
| 000346270 | P21141 | A&G Coal Corporation | 4404534 | 000346270 | 2 | $8,952.57 |
| 000346286 | P21141 | A&G Coal Corporation | 4404534 | 000346286 | 4 | $30,694.56 |
| 000352768 | P21141 | A&G Coal Corporation | 4404534 | 000352768 | 1 | $9,941.35 |
| 000353549 | P21141 | A&G Coal Corporation | 4404534 | 000353549 | 47 | $138,466.86 |
| 000353996 | P21141 | A&G Coal Corporation | 4404534 | 000353996 | 2 | $53,672.50 |
| **Totals** | | | **4 Mines** | **14 Cases** | **118 Violations** | **$544,532.97** |

# Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000367941 | 0132995 | Bandy Coal, LLC | 4406859 | 000367941 | 3 | $407.00 |
| | Totals | | 1 Mine | 1 Case | 3 Violations | $407.00 |

| Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt | | | | | | |
|---|---|---|---|---|---|---|
| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
| 000389543 | 0121130 | Black River Coal, LLC | 4406859 | 000389543 | 11 | $86,041.00 |
| Totals | | | 1 Mine | 1 Case | 11 Violations | $86,041.00 |

# Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000486935 | P02030 | Bluestone Coal Corporation | 4603404 | 000486935 | 10 | $2,167.00 |
| Totals | | | 1 Mine | 1 Case | 10 Violations | $2,167.00 |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000441545 | 0118409 | Chestnut Land Holdings, LLC | 4602380 | 000441545 | 1 | $117.53 |
| 000481760 | 0118409 | Chestnut Land Holdings, LLC | 4602380 | 000481760 | 1 | $294.00 |
| | | **Totals** | **1 Mine** | **2 Cases** | **2 Violations** | **$411.53** |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000334457 | 0053059 | Double Bonus Coal Company | 4609020 | 000334457 | 19 | $97,103.00 |
| | | Total | 1 Mine | 1 Case | 19 Violations | $97,103.00 |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000439719 | 0083104 | Frontier Coal Company, Inc. | 4609227 | 000439719 | 36 | $11,077.31 |
| 000444491 | 0083104 | Frontier Coal Company, Inc. | 4609227 | 000444491 | 2 | $472.00 |
| 000484065 | 0083104 | Frontier Coal Company, Inc. | 4609227 | 000484065 | 1 | $135.00 |
| | | Totals | 1 Mine | 3 Cases | 39 Violations | $11,684.31 |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000468428 | 0089765 | Justice Energy Company Inc | 4606578 | 000468428 | 9 | $2,137.00 |
| 000472562 | 0089765 | Justice Energy Company Inc | 4606578 | 000472562 | 1 | $118.00 |
| 000478875 | 0089765 | Justice Energy Company Inc | 4606578 | 000478875 | 13 | $3,807.15 |
| 000484558 | 0089765 | Justice Energy Company Inc | 4606578 | 000484558 | 1 | $121.00 |
| 000486477 | 0089765 | Justice Energy Company Inc | 4606578 | 000486477 | 12 | $8,378.00 |
| | | **Totals** | **1 Mine** | **5 Cases** | **36 Violations** | **$14,561.15** |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000479251 | 0051938 | Justice Highwall Mining Inc. | 4609239 | 000479251 | 2 | $241.42 |
| 000483611 | 0051938 | Justice Highwall Mining Inc. | 4609239 | 000483611 | 2 | $392.00 |
| 000485010 | 0051938 | Justice Highwall Mining Inc. | 4609239 | 000485010 | 5 | $1,118.00 |
| 000487182 | 0051938 | Justice Highwall Mining Inc. | 4609239 | 000487182 | 7 | $2,324.00 |
| | | **Totals** | **1 Mine** | **4 Cases** | **16 Violations** | **$4,075.42** |

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000379788 | 0059863 | Kentucky Fuel Corporation | 1519758 | 000379788 | 2 | $62,175.42 |
| 000445918 | 0059863 | Kentucky Fuel Corporation | 1513254 | 000445918 | 3 | $348.00 |
| 000479535 | 0059863 | Kentucky Fuel Corporation | 1517021 | 000479535 | 1 | $133.70 |
| 000481461 | 0059863 | Kentucky Fuel Corporation | 1517021 | 000481461 | 1 | $118.65 |
| 000481463 | 0059863 | Kentucky Fuel Corporation | 1517894 | 000481463 | 1 | $118.65 |
| 000485055 | 0059863 | Kentucky Fuel Corporation | 1517021 | 000485055 | 4 | $484.00 |
| | | Totals | 4 Mines | 6 Cases | 12 Violations | $63,378.42 |

Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000441119 | P18954 | Keystone Service Industries, Inc. | 4603444 | 000441119 | 2 | $236.92 |
| 000473125 | P18954 | Keystone Service Industries, Inc. | 4603444 | 000473125 | 2 | $236.00 |
| 000483596 | P18954 | Keystone Service Industries, Inc. | 4603444 | 000483596 | 1 | $135.00 |
| 000485003 | P18954 | Keystone Service Industries, Inc. | 4603444 | 000485003 | 2 | $242.00 |
| Totals | | | 1 Mine | 4 Cases | 7 Violations | $849.92 |

**Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt**

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000321500 | 0099325 | Nine Mile Mining, Inc. | 4407252 | 000321500 | 1 | $6,627.21 |
| 000332225 | 0099325 | Nine Mile Mining, Inc. | 4407252 | 000332225 | 3 | $1,507.47 |
| 000336003 | 0099325 | Nine Mile Mining, Inc. | 4407252 | 000336003 | 1 | $2,756.81 |
| 000347822 | 0099325 | Nine Mile Mining, Inc. | 4407252 | 000347822 | 1 | $177.26 |
| 000371713 | 0099325 | Nine Mile Mining, Inc. | 4407252 | 000371713 | 1 | $156.65 |
| 000478868 | 0099325 | Nine Mile Mining, Inc. | 4407252 | 000478868 | 1 | $119.38 |
| 000484549 | 0099325 | Nine Mile Mining, Inc. | 4407252 | 000484549 | 1 | $121.00 |
| | | **Totals** | **1 Mine** | **7 Cases** | **9 Violations** | **$11,465.78** |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000477459 | 0095328 | Nufac Mining Company Inc | 4609316 | 000477459 | 1 | $118.00 |
| 000481243 | 0095328 | Nufac Mining Company Inc | 4609316 | 000481243 | 1 | $250.00 |
| 000482941 | 0095328 | Nufac Mining Company Inc | 4609316 | 000482941 | 2 | $242.00 |
| 000486952 | 0095328 | Nufac Mining Company Inc | 4609316 | 000486952 | 1 | $121.00 |
| 000454366 | 0095328 | Nufac Mining Company, Inc | 4608786 | 000454366 | 30 | $257.82 |
| 000456604 | 0095328 | Nufac Mining Company, Inc | 4608786 | 000456604 | 25 | $6,738.00 |
| 000472962 | 0095328 | Nufac Mining Company, Inc | 4608786 | 000472962 | 5 | $1,458.00 |
| 000477447 | 0095328 | Nufac Mining Company, Inc | 4608786 | 000477447 | 4 | $472.00 |
| 000479242 | 0095328 | Nufac Mining Company, Inc | 4608786 | 000479242 | 13 | $1,568.45 |
| 000482934 | 0095328 | Nufac Mining Company, Inc | 4608786 | 000482934 | 2 | $242.00 |
| 000484891 | 0095328 | Nufac Mining Company, Inc | 4608786 | 000484891 | 12 | $3,223.00 |
| 000486942 | 0095328 | Nufac Mining Company, Inc | 4608786 | 000486942 | 14 | $10,694.00 |
| 000440464 | 0095328 | Nufac Mining Company, Inc | 4608769 | 000440464 | 1 | $158.82 |
| **Totals** | | | **3 Mines** | **13 Cases** | **111 Violations** | **$25,543.09** |

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000291172 | 0074803 | Pay Car Mining Inc | 4608884 | 000291172 | 5 | $37,359.99 |
| 000440180 | 0074803 | Pay Car Mining Inc | 4609389 | 000440180 | 1 | $156.79 |
| 000444989 | 0074803 | Pay Car Mining Inc | 4608884 | 000444989 | 5 | $955.00 |
| 000459785 | 0074803 | Pay Car Mining Inc | 4608884 | 000459785 | 9 | $2,154.00 |
| 000470446 | 0074803 | Pay Car Mining Inc | 4608884 | 000470446 | 4 | $1,348.00 |
| 000472376 | 0074803 | Pay Car Mining Inc | 4608884 | 000472376 | 17 | $48,226.00 |
| 000474594 | 0074803 | Pay Car Mining Inc | 4608884 | 000474594 | 69 | $103,409.04 |
| 000476873 | 0074803 | Pay Car Mining Inc | 4608884 | 000476873 | 9 | $22,037.88 |
| 000478672 | 0074803 | Pay Car Mining Inc | 4608884 | 000478672 | 93 | $204,555.00 |
| 000482529 | 0074803 | Pay Car Mining Inc | 4608884 | 000482529 | 63 | $106,094.00 |
| 000484392 | 0074803 | Pay Car Mining Inc | 4608884 | 000484392 | 46 | $83,549.00 |
| 000486293 | 0074803 | Pay Car Mining Inc | 4608884 | 000486293 | 33 | $53,825.00 |
| Totals | | | 2 Mines | 12 Cases | 354 Violations | $663,669.70 |

Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000366443 | P02174 | Premium Coal Company Inc | 4002467 | 000366443 | 1 | $100.00 |
| 000479012 | P02174 | Premium Coal Company Inc | 4002467 | 000479012 | 3 | $355.86 |
| | | Totals | 1 Mine | 2 Cases | 4 Violations | $455.86 |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000321510 | 0108546 | Tams Management, Inc | 4608716 | 000321510 | 7 | $6,680.15 |
| 000329653 | 0108546 | Tams Management, Inc | 4608716 | 000329653 | 2 | $5,216.26 |
| 000336016 | 0108546 | Tams Management, Inc | 4608716 | 000336016 | 4 | $1,082.53 |
| 000338777 | 0108546 | Tams Management, Inc | 4608716 | 000338777 | 3 | $3,176.53 |
| 000341183 | 0108546 | Tams Management, Inc | 4608716 | 000341183 | 2 | $2,192.57 |
| 000394454 | 0108546 | Tams Management, Inc | 4608716 | 000394454 | 8 | $4,640.20 |
| 000426361 | 0108546 | Tams Management, Inc | 4608716 | 000426361 | 13 | $1,809.40 |
| 000440886 | 0108546 | Tams Management, Inc | 4604734 | 000440886 | 1 | $117.53 |
| 000443210 | 0108546 | Tams Management, Inc | 4604734 | 000443210 | 1 | $117.52 |
| 000445593 | 0108546 | Tams Management, Inc | 4604734 | 000445593 | 1 | $116.00 |
| 000445598 | 0108546 | Tams Management, Inc | 4608716 | 000445598 | 1 | $6,029.00 |
| 000487353 | 0108546 | Tams Management, Inc | 4604734 | 000487353 | 2 | $242.00 |
| Totals | | | 2 Mines | 12 Cases | 45 Violations | $31,419.69 |

## Jillean Justice (Controller ID: 0091855) & James Justice (Controller ID: C04355) MSHA Debt

| Assessment Case Number | Violator ID | Violator Name | Mine ID | Assessment Case Number | Count of Violation No (Assessed). | Sum of Owed |
|---|---|---|---|---|---|---|
| 000384180 | 0112288 | Virginia Fuels Corporation | 4406947 | 000384180 | 1 | $686.91 |
| 000405561 | 0112288 | Virginia Fuels Corporation | 4407275 | 000405561 | 1 | $103.95 |
| 000445831 | 0112288 | Virginia Fuels Corporation | 4407275 | 000445831 | 1 | $116.00 |
| 000366459 | 0112288 | Virginia Fuels Corporation | 4406230 | 000366459 | 1 | $224.00 |
| 000399119 | 0112288 | Virginia Fuels Corporation | 4406230 | 000399119 | 2 | $212.70 |
| 000445821 | 0112288 | Virginia Fuels Corporation | 4406230 | 000445821 | 1 | $116.00 |
| 000445830 | 0112288 | Virginia Fuels Corporation | 4407253 | 000445830 | 3 | $2,522.00 |
| Totals | | | 4 Mines | 7 Cases | 10 Violations | $3,981.56 |