# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

United States of America
(Plaintiff(s))

V.　　　　　　　　　　　　　　　　　　　　　　　Civil Action No.: 7:19-cv-354

Southern Coal Corporation, et al.
(Defendant(s))

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

Chestnut Land Holdings, LLC　　　　　　　who is　　Defendant
(Name of party you represent)　　　　　　　　　　　(Plaintiff/Defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☐ Yes　　☒ No

2. Does the party have any parent corporations?
   ☒ Yes　　☐ No

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:

   Justice Low Seam Mining, Inc.

3. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
   ☐ Yes　　☒ No

   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes　　☒ No

   If yes, identify all such owners:

5. Is the party a trade association?
   ☐ Yes　　☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:

_____　　　07/12/2019
(Signature)　　　　　　　　　　　　　　　　(Date)