IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:19-cv-00354 |
| | ) | |
| V. | ) | |
| | ) | |
| SOUTHERN COAL CORPORATION; A & G COAL CORPORATION; JUSTICE COAL OF ALABAMA LLC; BLACK RIVER COAL LLC; CHESTNUT LAND HOLDINGS LLC; DOUBLE BONUS COAL COMPANY; DYNAMIC ENERGY INC.; FOUR STAR RESOURCES LLC; FRONTIER COAL COMPANY, INC.; INFINITY ENERGY INC.; JUSTICE ENERGY COMPANY, INC.; JUSTICE HIGHWALL MINING, INC.; KENTUCKY FUEL CORP., KEYSTONE SERVICES INDUSTRIES INC.; M & P SERVICES, INC.; NINE MILE MINING COMPANY, INC.; NUFAC MINING COMPANY, INC.; PAY CAR MINING INC.; PREMIUM COAL COMPANY, INC.; S AND H MINING, INC.; SEQUOIA ENERGY, LLC; TAMS MANAGEMENT, INC.; VIRGINIA FUEL CORP., | ) | |
| Defendants. | | |

**JOINT MOTION TO CONTINUE HEARING**

The parties, come by counsel, and move the Court for a continuance of the hearing on Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF No. 4) currently set for 2:00 PM on December 17, 2019 (ECF No. 35). Since completing briefing on Defendants' Motion to Dismiss for Lack of Jurisdiction, the parties have engaged in discussions to resolve this matter. Those

1

discussions are ongoing, but the parties need a brief continuance to determine whether they can reach an agreement. As such, the parties respectfully request that the hearing on Defendants' Motion to Dismiss for Lack of Jurisdiction be continued to January 7, 2020, at 3:30 PM.

A proposed order has been submitted for the Court's convenience.

                                          Respectfully submitted,

                                          THOMAS T. CULLEN
                                          United States Attorney

Date: December 16, 2019

                                          */s/ Laura Day Rottenborn*
                                          Laura Day Rottenborn
                                          Assistant United States Attorney
                                          Virginia State Bar No. 94021
                                          Illinois State Bar No. 6289334

                                          /s/ *Krista Consiglio Frith*
                                          Assistant United States Attorney
                                          Virginia Bar No. 89088
                                          United States Attorney's Office
                                          P. O. Box 1709
                                          Roanoke, VA 24008-1709
                                          Telephone: (540) 857-2250
                                          Facsimile: (540) 857-2283
                                          E-mail: Laura.Rottenborn@usdoj.gov
                                                      Krista.Frith@usdoj.gov

                                          */s/ Jason S. Grover*
                                          Special Assistant United States Attorney
                                          Illinois Bar No. 6256032
                                          Counsel for Trial Litigation
                                          Mine Safety and Health Division
                                          Office of the Solicitor
                                          Department of Labor
                                          201 12th Street South
                                          Suite 401
                                          Arlington, VA 22202
                                          TEL (202) 693-9326
                                          FAX (202) 693-9392
                                          grover.jason@dol.gov
                                                    *Counsel for Plaintiff*

DOUBLE BONUS COAL COMPANY, et al.
By: /s/ Aaron Balla Houchens
Of Counsel
Aaron B. Houchens, Esq. (VSB #80489)
AARON B. HOUCHENS, P.C.
111 East Main Street
P.O. Box 1250
Salem, Virginia 24153
540-389-4498 (telephone)
540-339-3903 (facsimile)
aaron@houchenslaw.com

Christopher D. Pence (WV Bar # 9095)
HARDY PENCE PLLC
P. O. Box 2548
Charleston, WV 25329
(304) 345-7250 (telephone)
(304) 553-7227 (facsimile)
cpence@hardypence.com

*Counsel for Defendants*