IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | Case No. 7:19-cv-00354 |
| ) | |
| ) | |
| V.      ) | |
| ) | |
| SOUTHERN COAL CORPORATION;      ) | |
| A & G COAL CORPORATION; JUSTICE      ) | |
| COAL OF ALABAMA LLC; BLACK RIVER      ) | |
| COAL LLC; CHESTNUT LAND      ) | |
| HOLDINGS LLC; DOUBLE BONUS COAL      ) | |
| COMPANY; DYNAMIC ENERGY INC.;      ) | |
| FOUR STAR RESOURCES LLC;      ) | |
| FRONTIER COAL COMPANY, INC.;      ) | |
| INFINITY ENERGY INC.; JUSTICE      ) | |
| ENERGY COMPANY, INC.; JUSTICE      ) | |
| HIGHWALL MINING, INC.; KENTUCKY      ) | |
| FUEL CORP., KEYSTONE SERVICES      ) | |
| INDUSTRIES INC.; M & P SERVICES,      ) | |
| INC.; NINE MILE MINING COMPANY,      ) | |
| INC.; NUFAC MINING COMPANY, INC.;      ) | |
| PAY CAR MINING INC.; PREMIUM COAL      ) | |
| COMPANY, INC.; S AND H MINING, INC.;      ) | |
| SEQUOIA ENERGY, LLC; TAMS      ) | |
| MANAGEMENT, INC.; VIRGINIA FUEL      ) | |
| CORP.,      ) | |
| ) | |
| Defendants.      ) | |
| ) | |

## **ORDER GRANTING JOINT MOTION TO CONTINUE HEARING**

The parties came by counsel and moved the Court for a continuance of the December 17, 2019, hearing on Defendants' Motion to Dismiss for Lack of Jurisdiction. Upon consideration of this motion, it is hereby

O R D E R E D

that the December 17, 2019 hearing be continued to January 7, 2020, at 3:30 PM.

1

The Clerk shall certify copies of this Order to all parties.


ENTERED this <u>16th</u> day of December, 2019.


        */s/ Glen E. Conrad*
GLEN E. CONRAD
SENIOR UNITED STATES DISTRICT JUDGE

Case 7:19-cv-00354-GEC   Document 37   Filed 12/16/19   Page 2 of 2   Pageid#: 458