IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SOUTHERN COAL CORPORATION; | ) | |
| A&G COAL CORPORATION; | ) | |
| JUSTICE COAL OF ALABAMA, LLC; | ) | |
| BLACK RIVER COAL, LLC; | ) | |
| CHESTNUT LAND HOLDINGS, LLC; | ) | |
| DOUBLE BONUS COAL COMPANY; | ) | |
| DYNAMIC ENERGY, INC; FOUR | ) | Case No. 7:19-cv-354 |
| STAR RESOURCES, LLC; FRONTIER | ) | Senior Judge Glen E. Conrad |
| COAL COMPANY, INC; INFINITY | ) | |
| ENERGY, INC; JUSTICE ENERGY | ) | |
| COMPANY, INC; JUSTICE | ) | |
| HIGWALL MINING, INC; | ) | |
| KENTUCKY FUEL CORP.; | ) | |
| KEYSTONE SERVICES INDUSTRIES, | ) | |
| INC.; M&P SERVICES, INC.; NINE | ) | |
| MILE MINING COMPANY, INC.; | ) | |
| NUFAC MINING COMPANY, INC.; | ) | |
| PAY CAR MINING, INC.; PREMIUM | ) | |
| COAL COMPANY, INC.; S AND H | ) | |
| MINING, INC.; SEQUOIA ENERGY, | ) | |
| LLC; TAMS MANAGEMENT, INC.; | ) | |
| VIRGINIA FUEL CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' WITHDRAWAL OF MOTION TO DISMISS**

Due to ongoing settlement negotiations and in an effort to further those negotiations, Defendants Double Bonus Coal Company, Dynamic Energy, Inc., Frontier Coal Company, Inc., Justice Energy Company, Justice Highwall Mining, Inc., Keystone Services Industries, Inc., M&P Services, Inc., Nufac Mining Company, Inc., and Pay Car Mining Company, Inc., hereby withdraw

1

their Motion to Dismiss. (Dkt. 4). These Defendants will file their responsive pleading to the United States of America's Complaint (Dkt. 1) no later than January 14, 2020. *See* Fed. R. Civ. P. 12(a)(4)(A).

                                          Respectfully submitted,

                                          DOUBLE BONUS COAL COMPANY, et al.

                                          By: /s/      Aaron Balla Houchens
                                                      Of Counsel

Aaron B. Houchens, Esq. (VSB #80489)
AARON B. HOUCHENS, P.C.
111 East Main Street
P.O. Box 1250
Salem, Virginia 24153
540-389-4498 (telephone)
540-339-3903 (facsimile)
aaron@houchenslaw.com

Christopher D. Pence (WV Bar # 9095)
HARDY PENCE PLLC
P. O. Box 2548
Charleston, WV 25329
(304) 345-7250 (telephone)
(304) 345-9941 (facsimile)
cpence@hardypence.com
*Pro Hac Vice Admission*

      *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th of January 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and the foregoing was electronically transmitted through the CM/ECF system to the following CM/ECF participants:

Jason Scott Grover, Esq.
U.S. Department of Labor - Office of the Regional Solicitor
201 12th Street South, Suite 401
Arlington, VA 22202-5450
202-693-9326
202-693-9392 (Fax)
grover.jason@dol.gov

Krista Consiglio Frith, Esq.
Laura Day Rottenborn, Esq.
U.S. Attorney's Office for the Western District of Virginia
310 First Street, S.W., Room 906
Roanoke, Virginia 24008
(540) 857-2250
(540) 857-2614 (Fax)
krista.frith@usdoj.gov
laura.rottenborn@usdoj.gov

                                              /s/     Aaron Balla Houchens