|    | A | B |
|----|---|---|
| 1  | **Entity** | **Statement No.** |
| 2  | A&G Coal Corporation | 000324621 |
| 3  | A&G Coal Corporation | 000327489 |
| 4  | A&G Coal Corporation | 000330014 |
| 5  | A&G Coal Corporation | 000332652 |
| 6  | A&G Coal Corporation | 000336530 |
| 7  | A&G Coal Corporation | 000336542 |
| 8  | A&G Coal Corporation | 000339162 |
| 9  | A&G Coal Corporation | 000348297 |
| 10 | A&G Coal Corporation | 000351093 |
| 11 | A&G Coal Corporation | 000351095 |
| 12 | A&G Coal Corporation | 000353549 |
| 13 | A&G Coal Corporation | 000354005 |
| 14 | A&G Coal Corporation | 000354006 |
| 15 | A&G Coal Corporation | 000356508 |
| 16 | A&G Coal Corporation | 000364726 |
| 17 | A&G Coal Corporation | 000372753 |
| 18 | A&G Coal Corporation | 000384437 |
| 19 | A&G Coal Corporation | 000384439 |
| 20 | A&G Coal Corporation | 000394440 |
| 21 | A&G Coal Corporation | 000394441 |
| 22 | A&G Coal Corporation | 000396808 |
| 23 | A&G Coal Corporation | 000396811 |
| 24 | A&G Coal Corporation | 000396866 |
| 25 | A&G Coal Corporation | 000399124 |
| 26 | A&G Coal Corporation | 000399144 |
| 27 | A&G Coal Corporation | 000405557 |
| 28 | A&G Coal Corporation | 000405558 |
| 29 | A&G Coal Corporation | 000405560 |
| 30 | A&G Coal Corporation | 000407832 |
| 31 | A&G Coal Corporation | 000410431 |
| 32 | A&G Coal Corporation | 000417538 |
| 33 | A&G Coal Corporation | 000417540 |
| 34 | A&G Coal Corporation | 000419938 |
| 35 | A&G Coal Corporation | 000424390 |
| 36 | A&G Coal Corporation | 000426581 |
| 37 | A&G Coal Corporation | 000428879 |
| 38 | A&G Coal Corporation | 000435972 |
| 39 | A&G Coal Corporation | 000441115 |
| 40 | A&G Coal Corporation | 000443396 |
| 41 | A&G Coal Corporation | 000450611 |
| 42 | A&G Coal Corporation | 000450616 |
| 43 | A&G Coal Corporation | 000460467 |
| 44 | A&G Coal Corporation | 000464930 |
| 45 | A&G Coal Corporation | 000473116 |
| 46 | A&G Coal Corporation | 000473118 |

|    | A | B |
|----|---|---|
| 47 | A&G Coal Corporation | 000475521 |
| 48 | A&G Coal Corporation | 000484998 |
| 49 | A&G Coal Corporation | VA 2018-5D |
| 50 | Alabama Carbon | 000363611 |
| 51 | Black River Coal, LLC | 000331659 |
| 52 | Black River Coal, LLC | 000384731 |
| 53 | Black River Coal, LLC | 000394887 |
| 54 | Black River Coal, LLC | 000403642 |
| 55 | Black River Coal, LLC | 000410886 |
| 56 | Black River Coal, LLC | 000413164 |
| 57 | Black River Coal, LLC | 000417994 |
| 58 | Black River Coal, LLC | 000432331 |
| 59 | Black River Coal, LLC | 000329192 |
| 60 | Black River Coal, LLC | 000392335 |
| 61 | Black River Coal, LLC | 000397250 |
| 62 | Black River Coal, LLC | 000399603 |
| 63 | Black River Coal, LLC | 000405954 |
| 64 | Chestnut Land Holdings | 000312105 |
| 65 | Chestnut Land Holdings | 000327787 |
| 66 | Chestnut Land Holdings | 000332951 |
| 67 | Chestnut Land Holdings | 000336864 |
| 68 | Chestnut Land Holdings | 000339471 |
| 69 | Chestnut Land Holdings | 000348578 |
| 70 | Chestnut Land Holdings | 000359159 |
| 71 | Chestnut Land Holdings | 000362230 |
| 72 | Chestnut Land Holdings | 000392346 |
| 73 | Chestnut Land Holdings | 000417997 |
| 74 | Chestnut Land Holdings | 000436314 |
| 75 | Chestnut Land Holdings | 000439035 |
| 76 | Chestnut Land Holdings | 000441545 |
| 77 | Chestnut Land Holdings | 000448688 |
| 78 | Chestnut Land Holdings | 000451032 |
| 79 | Chestnut Land Holdings | 000455016 |
| 80 | Chestnut Land Holdings | 000457219 |
| 81 | Chestnut Land Holdings | 000459037 |
| 82 | Chestnut Land Holdings | 000460870 |
| 83 | Chestnut Land Holdings | 000465332 |
| 84 | Chestnut Land Holdings | 000471526 |
| 85 | Chestnut Land Holdings | 000481760 |
| 86 | Double Bonus Coal Company | 000281575 |
| 87 | Double Bonus Coal Company | 000281822 |
| 88 | Double Bonus Coal Company | 000298813 |
| 89 | Double Bonus Coal Company | 000299007 |
| 90 | Double Bonus Coal Company | 000305203 |
| 91 | Double Bonus Coal Company | 000312831 |
| 92 | Double Bonus Coal Company | 000330961 |

|     | A                          | B         |
|-----|----------------------------|-----------|
| 93  | Double Bonus Coal Company  | 000337619 |
| 94  | Double Bonus Coal Company  | 000344153 |
| 95  | Double Bonus Coal Company  | 000382552 |
| 96  | Double Bonus Coal Company  | 000385475 |
| 97  | Double Bonus Coal Company  | 000447029 |
| 98  | Double Bonus Coal Company  | 000340169 |
| 99  | Double Bonus Coal Company  | 000322902 |
| 100 | Dynamic Energy Inc.        | 000339196 |
| 101 | Dynamic Energy Inc.        | 000341541 |
| 102 | Dynamic Energy Inc.        | 000392075 |
| 103 | Dynamic Energy Inc.        | 000397052 |
| 104 | Dynamic Energy Inc.        | 000407989 |
| 105 | Dynamic Energy Inc.        | 000412967 |
| 106 | Dynamic Energy Inc.        | 000417760 |
| 107 | Dynamic Energy Inc.        | 000420143 |
| 108 | Dynamic Energy Inc.        | 000443606 |
| 109 | Four Star Resources LLC    | 000282185 |
| 110 | Four Star Resources LLC    | 000355414 |
| 111 | Four Star Resources LLC    | 000357712 |
| 112 | Frontier Coal Company      | 000265275 |
| 113 | Frontier Coal Company      | 000267977 |
| 114 | Frontier Coal Company      | 000432835 |
| 115 | Frontier Coal Company      | 000434829 |
| 116 | Frontier Coal Company      | 000437055 |
| 117 | Frontier Coal Company      | 000439719 |
| 118 | Frontier Coal Company      | 000447040 |
| 119 | Frontier Coal Company      | 000484065 |
| 120 | Infinity Energy Incorporated | 000390375 |
| 121 | Infinity Energy Incorporated | 000434939 |
| 122 | Infinity Energy Incorporated | 000437180 |
| 123 | Infinity Energy Incorporated | 000453366 |
| 124 | Infinity Energy Incorporated | 000459491 |
| 125 | Infinity Energy Incorporated | 000472103 |
| 126 | Justice Energy Company Inc. | 000271611 |
| 127 | Justice Energy Company Inc. | 000282610 |
| 128 | Justice Energy Company Inc. | 000288730 |
| 129 | Justice Energy Company Inc. | 000329211 |
| 130 | Justice Energy Company Inc. | 000344699 |
| 131 | Justice Energy Company Inc. | 000352998 |
| 132 | Justice Energy Company Inc. | 000386107 |
| 133 | Justice Energy Company Inc. | 000398604 |
| 134 | Justice Energy Company Inc. | 000462179 |
| 135 | Justice Energy Company Inc. | 000464373 |
| 136 | Justice Energy Company Inc. | 000466375 |
| 137 | Justice Energy Company Inc. | 000478875 |
| 138 | Justice Energy Company Inc. | 000484558 |

|     | A                                  | B         |
| --- | ---------------------------------- | --------- |
| 139 | Justice Highwall Mining Inc.       | 000452343 |
| 140 | Justice Highwall Mining Inc.       | 000454368 |
| 141 | Justice Highwall Mining Inc.       | 000460312 |
| 142 | Justice Highwall Mining Inc.       | 000462548 |
| 143 | Justice Highwall Mining Inc.       | 000466733 |
| 144 | Justice Highwall Mining Inc.       | 000483611 |
| 145 | Justice Highwall Mining Inc.       | 000485010 |
| 146 | Kentucky Fuel Corporation          | 000289214 |
| 147 | Kentucky Fuel Corporation          | 000296915 |
| 148 | Kentucky Fuel Corporation          | 000355936 |
| 149 | Kentucky Fuel Corporation          | 000379788 |
| 150 | Kentucky Fuel Corporation          | 000384464 |
| 151 | Kentucky Fuel Corporation          | 000392073 |
| 152 | Kentucky Fuel Corporation          | 000394557 |
| 153 | Kentucky Fuel Corporation          | 000401308 |
| 154 | Kentucky Fuel Corporation          | 000405753 |
| 155 | Kentucky Fuel Corporation          | 000410651 |
| 156 | Kentucky Fuel Corporation          | 000417759 |
| 157 | Kentucky Fuel Corporation          | 000432051 |
| 158 | Kentucky Fuel Corporation          | 000434036 |
| 159 | Kentucky Fuel Corporation          | 000452572 |
| 160 | Kentucky Fuel Corporation          | 000454698 |
| 161 | Kentucky Fuel Corporation          | 000465034 |
| 162 | Kentucky Fuel Corporation          | 000465041 |
| 163 | Kentucky Fuel Corporation          | 000473203 |
| 164 | Kentucky Fuel Corporation          | 000475612 |
| 165 | Kentucky Fuel Corporation          | 000475622 |
| 166 | Kentucky Fuel Corporation          | 000479535 |
| 167 | Kentucky Fuel Corporation          | 000481461 |
| 168 | Kentucky Fuel Corporation          | 000481463 |
| 169 | Kentucky Fuel Corporation          | 000485055 |
| 170 | Kentucky Fuel Corporation          | 000422469 |
| 171 | Keystone Service Industries, Inc.  | 000241264 |
| 172 | Keystone Service Industries, Inc.  | 000435987 |
| 173 | Keystone Service Industries, Inc.  | 000441119 |
| 174 | Keystone Service Industries, Inc.  | 000483596 |
| 175 | Keystone Service Industries, Inc.  | 000485003 |
| 176 | M&P Services, Inc                  | 000280089 |
| 177 | M&P Services, Inc                  | 000353004 |
| 178 | M&P Services, Inc                  | 000383332 |
| 179 | Nine Mile Mining, Inc.             | 000321500 |
| 180 | Nine Mile Mining, Inc.             | 000332225 |
| 181 | Nine Mile Mining, Inc.             | 000336003 |
| 182 | Nine Mile Mining, Inc.             | 000345112 |
| 183 | Nine Mile Mining, Inc.             | 000347822 |
| 184 | Nine Mile Mining, Inc.             | 000359210 |

|     | A                         | B         |
| --- | ------------------------- | --------- |
| 185 | Nine Mile Mining, Inc.    | 000371713 |
| 186 | Nine Mile Mining, Inc.    | 000400911 |
| 187 | Nine Mile Mining, Inc.    | 000431430 |
| 188 | Nine Mile Mining, Inc.    | 000470598 |
| 189 | Nine Mile Mining, Inc.    | 000478868 |
| 190 | Nine Mile Mining, Inc.    | 000484549 |
| 191 | NuFac Mining Company, Inc.| 000321037 |
| 192 | NuFac Mining Company, Inc.| 000464764 |
| 193 | NuFac Mining Company, Inc.| 000475314 |
| 194 | NuFac Mining Company, Inc.| 000331691 |
| 195 | NuFac Mining Company, Inc.| 000440464 |
| 196 | NuFac Mining Company, Inc.| 000452344 |
| 197 | NuFac Mining Company, Inc.| 000454366 |
| 198 | NuFac Mining Company, Inc.| 000456608 |
| 199 | NuFac Mining Company, Inc.| 000462549 |
| 200 | NuFac Mining Company, Inc.| 000475323 |
| 201 | NuFac Mining Company, Inc.| 000479242 |
| 202 | NuFac Mining Company, Inc.| 000482934 |
| 203 | NuFac Mining Company, Inc.| 000482941 |
| 204 | NuFac Mining Company, Inc.| 000484891 |
| 205 | Pay Car Mining, Inc.      | 000306754 |
| 206 | Pay Car Mining, Inc.      | 000323446 |
| 207 | Pay Car Mining, Inc.      | 000354028 |
| 208 | Pay Car Mining, Inc.      | 000453733 |
| 209 | Pay Car Mining, Inc.      | 000272594 |
| 210 | Pay Car Mining, Inc.      | 000280926 |
| 211 | Pay Car Mining, Inc.      | 000291172 |
| 212 | Pay Car Mining, Inc.      | 000300796 |
| 213 | Pay Car Mining, Inc.      | 000303946 |
| 214 | Pay Car Mining, Inc.      | 000309204 |
| 215 | Pay Car Mining, Inc.      | 000314210 |
| 216 | Pay Car Mining, Inc.      | 000319293 |
| 217 | Pay Car Mining, Inc.      | 000323676 |
| 218 | Pay Car Mining, Inc.      | 000339191 |
| 219 | Pay Car Mining, Inc.      | 000343441 |
| 220 | Pay Car Mining, Inc.      | 000345489 |
| 221 | Pay Car Mining, Inc.      | 000348320 |
| 222 | Pay Car Mining, Inc.      | 000367076 |
| 223 | Pay Car Mining, Inc.      | 000374514 |
| 224 | Pay Car Mining, Inc.      | 000433207 |
| 225 | Pay Car Mining, Inc.      | 000435235 |
| 226 | Pay Car Mining, Inc.      | 000440180 |
| 227 | Pay Car Mining, Inc.      | 000444226 |
| 228 | Pay Car Mining, Inc.      | 000447428 |
| 229 | Pay Car Mining, Inc.      | 000449802 |
| 230 | Pay Car Mining, Inc.      | 000451890 |

|     | A                          | B         |
| --- | -------------------------- | --------- |
| 231 | Pay Car Mining, Inc.       | 000456001 |
| 232 | Pay Car Mining, Inc.       | 000456009 |
| 233 | Pay Car Mining, Inc.       | 000458216 |
| 234 | Pay Car Mining, Inc.       | 000459785 |
| 235 | Pay Car Mining, Inc.       | 000461970 |
| 236 | Pay Car Mining, Inc.       | 000474594 |
| 237 | Pay Car Mining, Inc.       | 000476873 |
| 238 | Premium Coal Company, Inc. | 000417095 |
| 239 | Premium Coal Company, Inc. | 000447810 |
| 240 | Premium Coal Company, Inc. | 000460102 |
| 241 | Premium Coal Company, Inc. | 000460103 |
| 242 | Premium Coal Company, Inc. | 000468598 |
| 243 | Premium Coal Company, Inc. | 000479012 |
| 244 | Premium Coal Company, Inc. | 000452153 |
| 245 | S & H Mining, Inc          | 000417094 |
| 246 | Sequoia Energy             | 000347153 |
| 247 | Tams Management, Inc.      | 000321510 |
| 248 | Tams Management, Inc.      | 000329653 |
| 249 | Tams Management, Inc.      | 000336016 |
| 250 | Tams Management, Inc.      | 000338777 |
| 251 | Tams Management, Inc.      | 000341183 |
| 252 | Tams Management, Inc.      | 000394454 |
| 253 | Tams Management, Inc.      | 000403273 |
| 254 | Tams Management, Inc.      | 000403277 |
| 255 | Tams Management, Inc.      | 000407844 |
| 256 | Tams Management, Inc.      | 000410444 |
| 257 | Tams Management, Inc.      | 000415186 |
| 258 | Tams Management, Inc.      | 000417547 |
| 259 | Tams Management, Inc.      | 000424252 |
| 260 | Tams Management, Inc.      | 000426361 |
| 261 | Tams Management, Inc.      | 000433685 |
| 262 | Tams Management, Inc.      | 000433687 |
| 263 | Tams Management, Inc.      | 000438275 |
| 264 | Tams Management, Inc.      | 000440886 |
| 265 | Tams Management, Inc.      | 000440888 |
| 266 | Tams Management, Inc.      | 000443210 |
| 267 | Tams Management, Inc.      | 000443212 |
| 268 | Tams Management, Inc.      | 000448034 |
| 269 | Tams Management, Inc.      | 000454365 |
| 270 | Tams Management, Inc.      | 000460304 |
| 271 | Tams Management, Inc.      | 000475310 |
| 272 | Tams Management, Inc.      | 000438272 |
| 273 | Virginia Fuel Corp.        | 000270590 |
| 274 | Virginia Fuel Corp.        | 000279347 |
| 275 | Virginia Fuel Corp.        | 000310150 |
| 276 | Virginia Fuel Corp.        | 000317449 |

|     | A                  | B         |
| --- | ------------------ | --------- |
| 277 | Virginia Fuel Corp. | 000320369 |
| 278 | Virginia Fuel Corp. | 000322889 |
| 279 | Virginia Fuel Corp. | 000329433 |
| 280 | Virginia Fuel Corp. | 000340965 |
| 281 | Virginia Fuel Corp. | 000342936 |
| 282 | Virginia Fuel Corp. | 000344904 |
| 283 | Virginia Fuel Corp. | 000344905 |
| 284 | Virginia Fuel Corp. | 000350467 |
| 285 | Virginia Fuel Corp. | 000351850 |
| 286 | Virginia Fuel Corp. | 000353245 |
| 287 | Virginia Fuel Corp. | 000361107 |
| 288 | Virginia Fuel Corp. | 000366375 |
| 289 | Virginia Fuel Corp. | 000384179 |
| 290 | Virginia Fuel Corp. | 000384180 |
| 291 | Virginia Fuel Corp. | 000399119 |
| 292 | Virginia Fuel Corp. | 000405561 |
| 293 | Virginia Fuel Corp. | 000415176 |
| 294 | Virginia Fuel Corp. | 000433846 |
| 295 | Virginia Fuel Corp. | 000438553 |
| 296 | Virginia Fuel Corp. | 000448243 |
| 297 | Virginia Fuel Corp. | 000450618 |
| 298 | Virginia Fuel Corp. | 000452410 |
| 299 | Virginia Fuel Corp. | 000454619 |
| 300 | Virginia Fuel Corp. | 000456820 |
| 301 | Virginia Fuel Corp. | 000471158 |
| 302 | Virginia Fuel Corp. | 000473117 |