|    | A | B |
|----|---|---|
| 1  | **Entity** | **Statement No.** |
| 2  | A & G Coal Corporation | 000369808 |
| 3  | A & G Coal Corporation | 000374491 |
| 4  | A & G Coal Corporation | 000391832 |
| 5  | A & G Coal Corporation | 000407827 |
| 6  | A & G Coal Corporation | 000407829 |
| 7  | A & G Coal Corporation | 000415177 |
| 8  | A & G Coal Corporation | 000417537 |
| 9  | A & G Coal Corporation | 000419936 |
| 10 | A & G Coal Corporation | 000424389 |
| 11 | A & G Coal Corporation | 000426579 |
| 12 | A & G Coal Corporation | 000435971 |
| 13 | A & G Coal Corporation | 000438541 |
| 14 | A & G Coal Corporation | 000438544 |
| 15 | A & G Coal Corporation | 000460463 |
| 16 | A & G Coal Corporation | 000477612 |
| 17 | Bluestone Coal Corporation | 000486935 |
| 18 | Bluestone Coal Corporation | 000490903 |
| 19 | Justice Energy Company Inc | 000468428 |
| 20 | Justice Energy Company Inc | 000472562 |
| 21 | Justice Energy Company Inc | 000486477 |
| 22 | Justice Highwall Mining Inc. | 000487182 |
| 23 | Justice Highwall Mining Inc. | 000491147 |
| 24 | Justice Highwall Mining Inc. | 000493024 |
| 25 | Kentucky Fuel Corporation | 000289507 |
| 26 | Kentucky Fuel Corporation | 000296184 |
| 27 | Kentucky Fuel Corporation | 000339068 |
| 28 | Kentucky Fuel Corporation | 000356746 |
| 29 | Kentucky Fuel Corporation | 000358172 |
| 30 | Kentucky Fuel Corporation | 000359226 |
| 31 | Kentucky Fuel Corporation | 000374549 |
| 32 | Kentucky Fuel Corporation | 000375208 |
| 33 | Kentucky Fuel Corporation | 000379792 |
| 34 | Kentucky Fuel Corporation | 000381445 |
| 35 | Kentucky Fuel Corporation | 000384304 |
| 36 | Kentucky Fuel Corporation | 000394559 |
| 37 | Kentucky Fuel Corporation | 000396918 |
| 38 | Kentucky Fuel Corporation | 000410518 |
| 39 | Kentucky Fuel Corporation | 000412859 |
| 40 | Kentucky Fuel Corporation | 000417647 |
| 41 | Kentucky Fuel Corporation | 000417652 |
| 42 | Kentucky Fuel Corporation | 000420031 |
| 43 | Kentucky Fuel Corporation | 000422331 |
| 44 | Kentucky Fuel Corporation | 000424488 |
| 45 | Kentucky Fuel Corporation | 000428991 |

|    | A | B |
|---|---|---|
| 46 | Kentucky Fuel Corporation | 000433920 |
| 47 | Kentucky Fuel Corporation | 000443478 |
| 48 | Kentucky Fuel Corporation | 000445921 |
| 49 | Kentucky Fuel Corporation | 000445924 |
| 50 | Kentucky Fuel Corporation | 000452575 |
| 51 | Kentucky Fuel Corporation | 000454703 |
| 52 | Kentucky Fuel Corporation | 000456884 |
| 53 | Kentucky Fuel Corporation | 000460583 |
| 54 | Kentucky Fuel Corporation | 000460588 |
| 55 | Kentucky Fuel Corporation | 000465036 |
| 56 | Kentucky Fuel Corporation | 000466917 |
| 57 | Kentucky Fuel Corporation | 000466920 |
| 58 | Kentucky Fuel Corporation | 000469186 |
| 59 | Kentucky Fuel Corporation | 000473198 |
| 60 | Kentucky Fuel Corporation | 000495257 |
| 61 | Kentucky Fuel Corporation | 000497428 |
| 62 | Nine Mile Mining Inc. | 000289637 |
| 63 | Nine Mile Mining Inc. | 000300245 |
| 64 | Nine Mile Mining Inc. | 000303324 |
| 65 | Nine Mile Mining Inc. | 000332224 |
| 66 | Nine Mile Mining Inc. | 000353502 |
| 67 | Nine Mile Mining Inc. | 000459971 |
| 68 | Nufac Mining Company Inc | 000486952 |
| 69 | Nufac Mining Company, Inc | 000486942 |
| 70 | Nufac Mining Company, Inc | 000490908 |
| 71 | Pay Car Mining Inc | 000278340 |
| 72 | Pay Car Mining Inc | 000472376 |
| 73 | Pay Car Mining Inc | 000482529 |
| 74 | Pay Car Mining Inc | 000492306 |
| 75 | Premium Coal Company Inc | 000477235 |
| 76 | Premium Coal Company Inc | 000366443 |
| 77 | Premium Coal Company Inc | 000490707 |
| 78 | Sequoia Energy LLC | 000383186 |
| 79 | Tams Management, Inc | 000415192 |
| 80 | Tams Management, Inc | 000417555 |
| 81 | Tams Management, Inc | 000435786 |
| 82 | Tams Management, Inc | 000477442 |
| 83 | Tams Management, Inc | 000487353 |
| 84 | Tams Management, Inc | 000493214 |
| 85 | Tams Management, Inc | 000503847 |
| 86 | Virginia Fuels Corporation | 000366459 |
| 87 |  | TOTALS |