IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>V. )<br>)<br>SOUTHERN COAL CORPORATION; )<br>A & G COAL CORPORATION; JUSTICE )<br>COAL OF ALABAMA LLC; BLACK RIVER )<br>COAL LLC; CHESTNUT LAND )<br>HOLDINGS LLC; DOUBLE BONUS COAL )<br>COMPANY; DYNAMIC ENERGY INC.; )<br>FOUR STAR RESOURCES LLC; )<br>FRONTIER COAL COMPANY, INC.; )<br>INFINITY ENERGY INC.; JUSTICE )<br>ENERGY COMPANY, INC.; JUSTICE )<br>HIGHWALL MINING, INC.; KENTUCKY )<br>FUEL CORP., KEYSTONE SERVICES )<br>INDUSTRIES INC.; M & P SERVICES, )<br>INC.; NINE MILE MINING COMPANY, )<br>INC.; NUFAC MINING COMPANY, INC.; )<br>PAY CAR MINING INC.; PREMIUM COAL )<br>COMPANY, INC.; S AND H MINING, INC.; )<br>SEQUOIA ENERGY, LLC; TAMS )<br>MANAGEMENT, INC.; VIRGINIA FUEL )<br>CORP., )<br>)<br>Defendants. )<br>) | Case No. 7:19-cv-00354 |

**CONSENT JUDGMENT**

A Joint Stipulation for Consent Judgment was filed by the parties. Defendants, by counsel, acknowledge they owe and agree to pay the United States $5,130,125.47. Defendants shall make consecutive monthly payments of $102,442.00 on or before the first of every month beginning April 1, 2020, and a one-time payment of $212,909.44 on or before April 15, 2020, until the $5,130,125.47 is paid in full or the Court instructs otherwise.

1

This Order incorporates by reference all the terms agreed to by the Parties as set forth in the Joint Stipulation for Consent Judgment.

IT IS SO ORDERED.

ENTERED this _____ day of April, 2020.

GLEN E. CONRAD
UNITED STATES DISTRICT JUDGE