IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:19-cv-00354 |
| | ) | |
| V. | ) | |
| | ) | |
| SOUTHERN COAL CORPORATION; A & G COAL CORPORATION; JUSTICE COAL OF ALABAMA LLC; BLACK RIVER COAL LLC; CHESTNUT LAND HOLDINGS LLC; DOUBLE BONUS COAL COMPANY; DYNAMIC ENERGY INC.; FOUR STAR RESOURCES LLC; FRONTIER COAL COMPANY, INC.; INFINITY ENERGY INC.; JUSTICE ENERGY COMPANY, INC.; JUSTICE HIGHWALL MINING, INC.; KENTUCKY FUEL CORP., KEYSTONE SERVICES INDUSTRIES INC.; M & P SERVICES, INC.; NINE MILE MINING COMPANY, INC.; NUFAC MINING COMPANY, INC.; PAY CAR MINING INC.; PREMIUM COAL COMPANY, INC.; S AND H MINING, INC.; SEQUOIA ENERGY, LLC; TAMS MANAGEMENT, INC.; VIRGINIA FUEL CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## **CONSENT JUDGMENT**

A Joint Stipulation for Consent Judgment was filed by the parties. Defendants, by counsel, acknowledge they owe and agree to pay the United States $5,130,125.47. Defendants shall make consecutive monthly payments of $102,442.00 on or before the first of every month beginning April 1, 2020, and a one-time payment of $212,909.44 on or before April 15, 2020, until the $5,130,125.47 is paid in full or the Court instructs otherwise.

This Order incorporates by reference all the terms agreed to by the Parties as set forth in the Joint Stipulation for Consent Judgment.

IT IS SO ORDERED.

ENTERED this __2nd__ day of April, 2020.

_____
Senior United States District Judge