UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br><br>v.<br><br>**SOUTHERN COAL CORPORATION, et al.,**<br>    Defendants. | )<br>)<br>)   Civil Action No.:  7:19-cv-00354<br>)<br>)   By:   Michael F. Urbanski<br>)   **Chief United States District Judge**<br>)<br>) |

## ORDER

Plaintiff United States filed a motion to compel compliance with the consent judgment, ECF No. 48. Because Defendants have made their March 2022 installment payment, the plaintiff's motion is **DENIED as moot**.

It is so **ORDERED**.

Entered:   April 13, 2022

Michael F. Urbanski
Chief U.S. District Judge
2022.04.13 10:08:55
-04'00'

Michael F. Urbanski
Chief United States District Judge