IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:19-CV-00354 |
| SOUTHERN COAL CORPORATION, ET AL. | ) |
| Defendants. | ) |

## UNITED STATES' MOTION TO COMPEL COMPLIANCE WITH CONSENT JUDGMENT

The United States moves to compel compliance with the Consent Judgment entered in this matter. ECF No. 45. Defendants have failed to comply with this Court's Consent Judgment by failing to make their February 2023, March 2023, April 2023, and May 2023 installment payments. Therefore, the United States respectfully asks this Court order Defendants to make their required payments under the Consent Judgment immediately.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

Date: May 17, 2023

*/s/ Laura Day Taylor*
Laura Day Taylor
Assistant United States Attorney
Virginia State Bar No. 94021
Illinois State Bar No. 6289334
Laura.Taylor@usdoj.gov

1

/s/ *Krista Consiglio Frith*
Assistant United States Attorney
Virginia Bar No. 89088
United States Attorney's Office
P. O. Box 1709
Roanoke, VA 24008-1709
Telephone: (540) 857-2250
Facsimile: (540) 857-2283
Krista.Frith@usdoj.gov

/s/ *Jason S. Grover*
Special Assistant United States Attorney
Illinois Bar No. 6256032
Counsel for Trial Litigation
Mine Safety and Health Division
Department of Labor
201 12th Street South, Suite 401
Arlington, VA 22202
TEL (202) 693-9326
FAX (202) 693-9392
grover.jason@dol.gov
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ *Krista Consiglio Frith*
Krista Consiglio Frith
Assistant United States Attorney

2