IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 7:19-CV-00354 |
| SOUTHERN COAL CORPORATION, ET AL. | ) ) ) |
| Defendant. | ) ) ) |

## ORDER GRANTING THE UNITED STATES' MOTION TO COMPEL COMPLIANCE WITH THE CONSENT JUDGMENT

Upon consideration of the United States' Motion to Compel Compliance with the Consent Judgment; and the Court having determined that the legal and factual bases set forth in the Motion and Memorandum in Support of the Motion establish just cause for the relief granted; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted.

2. Within 10 days of the date of this Order, the Defendants shall pay $409,768.00 in delinquent payments to the United States.

3. Defendants shall tender all future payments required under the Consent Judgment (ECF No. 45) until Defendants' total debt is satisfied.

4. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

So Ordered this __20th__ day of __June__, 2023.

_____
MICHAEL F. URBANSKI
Chief Judge United States District Court

Michael F. Urbanski
Chief U.S. District Judge
2023.06.20 15:49:31
-04'00'

2