# United States v. Southern Coal, et al. Defendants' Payment History

| Payment Amount | Posting Date |
|---|---|
| $102,442.00 | 4/1/2020 |
| $212,909.44 | 4/16/2020 |
| $102,442.00 | 5/4/2020 |
| $102,442.00 | 6/1/2020 |
| $102,442.00 | 7/1/2020 |
| $102,442.00 | 7/31/2020 |
| $102,442.00 | 9/3/2020 |
| $102,442.00 | 10/9/2020 |
| $102,442.00 | 11/5/2020 |
| $102,442.00 | 12/17/2020 |
| $102,442.00 | 1/6/2021 |
| $102,442.00 | 2/8/2021 |
| $102,442.00 | 3/3/2021 |
| $102,442.00 | 4/16/2021 |
| $102,442.00 | 5/17/2021 |
| $102,442.00 | 6/28/2021 |
| $102,442.00 | 7/23/2021 |
| $102,442.00 | 8/16/2021 |
| $102,442.00 | 9/13/2021 |
| $102,442.00 | 10/28/2021 |
| $102,442.00 | 1/3/2022 |
| $102,442.00 | 1/19/2022 |
| $102,442.00 | 1/28/2022 |
| $102,442.00 | 3/14/2022 |
| $102,442.00 | 4/4/2022 |
| $102,442.00 | 5/3/2022 |
| $102,442.00 | 6/17/2022 |
| $102,442.00 | 8/1/2022 |
| $102,442.00 | 8/31/2022 |
| $102,442.00 | 9/28/2022 |
| $102,442.00 | 11/7/2022 |
| $102,442.00 | 12/13/2022 |
| $102,442.00 | 12/13/2022 |
| $102,442.00 | 3/6/2023 |
| $102,442.00 | 4/4/2023 |
| $102,442.00 | 6/29/2023 |
| $51,221.00 | 8/1/2023 |
| $102,442.00 | 8/4/2023 |
| $51,221.00 | 8/16/2023 |
| $51,221.00 | 8/18/2023 |
| $51,221.00 | 8/30/2023 |
| $102,442.00 | 9/6/2023 |
| $51,221.00 | 9/12/2023 |

| Amount | Date |
|---:|:---:|
| $51,221.00 | 9/19/2023 |
| $51,221.00 | 10/5/2023 |
| $51,221.00 | 11/21/2023 |
| $51,221.00 | 1/9/2024 |
| $51,221.00 | 2/15/2024 |
| $25,610.50 | 4/2/2024 |
| $10,000.00 | 7/12/2024 |
| $4,551,083.94 | Total Paid |