| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | aaron@houchenslaw.com |
| **Cc:** | Frith, Krista (USAVAW); Taylor, Laura (USAVAW); Grover, Jason - SOL |
| **Subject:** | Justice Mining Arrears Payment #3 |
| **Date:** | Monday, August 14, 2023 8:55:08 AM |
| **Attachments:** | 2023-08-14 Arrears Pymt #3.pdf |
| **Importance:** | High |

Good Morning,

Please find attached the wire instructions for Arrears Payment #3.  We did **not** receive Arrears Payment #2 which was due last week.

*Thank you.*

*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709

**********************************************************************************************************************

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

This information is considered as CONFIDENTIAL, ATTORNEY-CLIENT PRIVILEGE, AND WORK PRODUCT.

| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | aaron@houchenslaw.com |
| **Cc:** | Frith, Krista (USAVAW); Taylor, Laura (USAVAW); Grover, Jason - SOL |
| **Subject:** | Arrears Payment #5 Wire Instructions |
| **Date:** | Friday, August 25, 2023 4:09:14 PM |
| **Attachments:** | 2023-08-25 Arrears Pymt #5.pdf |

Good afternoon,

Please find attached the Wire Instructions for Arrears Payment #5.  **Note – Arrears Payment #4 has not been paid yet.**

*Thank you.*

*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709

*****************************************************************************************************

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | aaron@houchenslaw.com |
| **Cc:** | Frith, Krista (USAVAW); Taylor, Laura (USAVAW); Grover, Jason - SOL |
| **Subject:** | Sept Monthly payment wire instructions |
| **Date:** | Tuesday, August 29, 2023 3:37:20 PM |
| **Attachments:** | 2023-08-29 Sept 1 2023 Monthly Wire Instructions.pdf |

Good afternoon,

The attached wire instructions are for the September monthly payment of $102,442.00.  **We still have not received Arrears #4 payment of $51,221.00  due last week.**

*Thank you.*

*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

This information is considered as CONFIDENTIAL, ATTORNEY-CLIENT PRIVILEGE, AND WORK PRODUCT.

| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | aaron@houchenslaw.com |
| **Cc:** | Frith, Krista (USAVAW); Taylor, Laura (USAVAW); Grover, Jason - SOL |
| **Subject:** | Arrears Pymt #6 |
| **Date:** | Tuesday, September 5, 2023 2:21:36 PM |
| **Attachments:** | 2023-09-05 Arrears Pymt #6.pdf |

Good afternoon,

Please find attached the instructions for Payment #6.  **** Note_ Arrears Pymt #5 is still outstanding. The monthly payment for Sept. of $102,442.00 is also due.

*Thank you.*

*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709

**************************************************************************************************************************
This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

This information is considered as CONFIDENTIAL, ATTORNEY-CLIENT PRIVILEGE, AND WORK PRODUCT.

| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | aaron@houchenslaw.com |
| **Cc:** | Frith, Krista (USAVAW); Taylor, Laura (USAVAW); Grover, Jason - SOL |
| **Subject:** | Arrears Payment #7 |
| **Date:** | Monday, September 11, 2023 8:19:39 AM |
| **Attachments:** | Arrears Payment #7.pdf |

Good Morning,

Please find attached the wire instructions for Arrears payment #7.  **Payments #5 & 6 are both past due.**

*Thank you.*

*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709

********************************************************************************************************

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

This information is considered as CONFIDENTIAL, ATTORNEY-CLIENT PRIVILEGE, AND WORK PRODUCT.

| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | aaron@houchenslaw.com |
| **Cc:** | Frith, Krista (USAVAW); Taylor, Laura (USAVAW); Grover, Jason - SOL |
| **Subject:** | Arrears Payment # 8 due by 9.22.23 |
| **Date:** | Friday, September 15, 2023 5:03:17 PM |
| **Attachments:** | 2023-09-18 Arrears Pymt #8.pdf |

Good afternoon,

Please find attached the wire instructions for arrears payment #8.  **Note: payments 6,& 7 are still outstanding.**

*Thank you.*

*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709

**************************************************************************************************************

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | aaron@houchenslaw.com |
| **Cc:** | Frith, Krista (USAVAW); Taylor, Laura (USAVAW); Grover, Jason - SOL |
| **Subject:** | Arrears Payment #9 |
| **Date:** | Monday, September 25, 2023 3:23:14 PM |
| **Attachments:** | 2023-09-25 Arrears payment 9.pdf |

Please find attached the wire instructions for the arrears payment #9.  Please note that pymts 7 & 8 are still outstanding.

*Thank you.*

*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709

**************************************************************************************************************

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | aaron@houchenslaw.com |
| **Cc:** | Frith, Krista (USAVAW); Taylor, Laura (USAVAW); Grover, Jason - SOL |
| **Subject:** | Justice Payments |
| **Date:** | Thursday, October 5, 2023 7:58:22 AM |
| **Attachments:** | 2023-10-04 Arrears Pymt #10.pdf |

Good Morning,

Please find attached the wire instructions for arrears payment # 10.  **We have not received any payments since 9/19/23.   Arrears Payments 7, 8 &9 are all past due.**

We also have not received the October monthly payment.

*Thank you.*

*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

This information is considered as CONFIDENTIAL, ATTORNEY-CLIENT PRIVILEGE, AND WORK PRODUCT.

| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | "aaron@houchenslaw.com" |
| **Cc:** | Frith, Krista (USAVAW); Taylor, Laura (USAVAW); "Grover, Jason - SOL" |
| **Subject:** | RE: Justice Mining re Arrears and monthly payments are due |
| **Date:** | Friday, October 20, 2023 3:08:29 PM |

Good afternoon,

We have not received any payments since 10.5.23.

Arrears payments #8, 9,  & 10 as well as October's monthly payment are all outstanding.

Please advise when payment will be made.

Thank you.
Mary Reed

---

**From:** Reed, Mary (USAVAW) 1
**Sent:** Thursday, October 5, 2023 7:58 AM
**To:** aaron@houchenslaw.com
**Cc:** Frith, Krista (USAVAW) <KFrith@usa.doj.gov>; Taylor, Laura (USAVAW) <LTaylor@usa.doj.gov>; Grover, Jason - SOL <Grover.Jason@DOL.GOV>
**Subject:** Justice Payments

Good Morning,

Please find attached the wire instructions for arrears payment # 10.  **We have not received any payments since 9/19/23.**   **Arrears Payments 7, 8 &9 are all past due.**

We also have not received the October monthly payment.

*Thank you.*

*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709


**************************************************************************************************************

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
-------------------------------------------------------------------------------------
This information is considered as CONFIDENTIAL, ATTORNEY-CLIENT PRIVILEGE, AND WORK PRODUCT.

| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | aaron@houchenslaw.com |
| **Cc:** | Frith, Krista (USAVAW); Taylor, Laura (USAVAW); Grover, Jason - SOL |
| **Subject:** | November Monthly Payment - Wire Instructions |
| **Date:** | Monday, October 30, 2023 9:08:22 AM |
| **Attachments:** | 2023-10-30 November Wire Instructions.pdf |

Good morning,

Please find attached the wire instructions for the November payment.

**October's monthly payment of $102,442.00 and 3 arrears payments of $51,221 each have not been paid yet.**

*Thank you.*

*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709

*************************************************************************************************************

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

| | |
|---|---|
| **From:** | aaron@houchenslaw.com |
| **To:** | Reed, Mary (USAVAW) 1 |
| **Cc:** | Frith, Krista (USAVAW); Taylor, Laura (USAVAW); "Grover, Jason - SOL" |
| **Subject:** | [EXTERNAL] RE: November Monthly Payment - Wire Instructions |
| **Date:** | Thursday, November 16, 2023 8:49:04 AM |

They are getting a shipment payment around 11/22.  They can make a payment at that time.

**From:** Reed, Mary (USAVAW) 1 <Mary.Reed@usdoj.gov>
**Sent:** Wednesday, November 15, 2023 3:30 PM
**To:** aaron@houchenslaw.com
**Cc:** Frith, Krista (USAVAW) <Krista.Frith@usdoj.gov>; Taylor, Laura (USAVAW) <Laura.Taylor@usdoj.gov>; Grover, Jason - SOL <Grover.Jason@DOL.GOV>
**Subject:** RE: November Monthly Payment - Wire Instructions

Good afternoon,

We still have not received a payment on this matter since October 5, 2023.  **The total due is $358,547** which includes 3 past due payment for arrears as well as the October & November monthly payments.

Thank you.
Mary Reed

**From:** Reed, Mary (USAVAW) 1
**Sent:** Monday, October 30, 2023 9:08 AM
**To:** aaron@houchenslaw.com
**Cc:** Frith, Krista (USAVAW) <KFrith@usa.doj.gov>; Taylor, Laura (USAVAW) <LTaylor@usa.doj.gov>; Grover, Jason - SOL <Grover.Jason@DOL.GOV>
**Subject:** November Monthly Payment - Wire Instructions

Good morning,

Please find attached the wire instructions for the November payment.

<span style="color:red">**October's monthly payment of $102,442.00 and 3 arrears payments of $51,221 each have not been paid yet.**</span>

*Thank you.*
*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709

*********************************************************************************************************************
This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

Virus-free.www.avg.com

| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | aaron@houchenslaw.com |
| **Cc:** | Frith, Krista (USAVAW); Taylor, Laura (USAVAW); Grover, Jason - SOL |
| **Subject:** | Justice Jan Wire Instructions |
| **Date:** | Thursday, December 28, 2023 8:52:09 AM |
| **Attachments:** | 2023-12-28 Jan 2024 wire instructions.pdf |

Good morning,

Please find attached the wire instructions for the Jan payment.

Justice Mining still owes 2 arrears payments & Oct, Nov, Dec mo payments. TOTAL PAST DUE is $409, 768.  The last payment received was on 11/231/23 in the amount of$51,221.

*Thank you.*

*Mary Reed*

11/21/23 for
Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | aaron@houchenslaw.com |
| **Cc:** | Taylor, Laura (USAVAW); Grover, Jason - SOL; Frith, Krista (USAVAW) |
| **Subject:** | RE: Justice Jan Wire Instructions |
| **Date:** | Tuesday, January 9, 2024 1:38:53 PM |

Good afternoon,

We received a payment of $51,221.00 today. This represents arrears payment #9. Still out standing are arrears payment #10 and the monthly payments for Oct, Nov, Dec, & Jan.

Thank you.
Mary

**From:** Frith, Krista (USAVAW) <KFrith@usa.doj.gov>
**Sent:** Thursday, December 28, 2023 9:24 AM
**To:** Reed, Mary (USAVAW) 1 <MReed1@usa.doj.gov>; aaron@houchenslaw.com
**Cc:** Taylor, Laura (USAVAW) <LTaylor@usa.doj.gov>; Grover, Jason - SOL <Grover.Jason@DOL.GOV>
**Subject:** RE: Justice Jan Wire Instructions

Hi Aaron,

Please emphasize to your client that they need to be caught up on these payments and make a timely January payment, or we will need to seek action with the court.

Thanks,
Krista

**From:** Reed, Mary (USAVAW) 1 <MReed1@usa.doj.gov>
**Sent:** Thursday, December 28, 2023 8:52 AM
**To:** aaron@houchenslaw.com
**Cc:** Frith, Krista (USAVAW) <KFrith@usa.doj.gov>; Taylor, Laura (USAVAW) <LTaylor@usa.doj.gov>; Grover, Jason - SOL <Grover.Jason@DOL.GOV>
**Subject:** Justice Jan Wire Instructions

Good morning,

Please find attached the wire instructions for the Jan payment.

Justice Mining still owes 2 arrears payments & Oct, Nov, Dec mo payments. TOTAL PAST DUE is $409, 768.  The last payment received was on 11/231/23 in the amount of$51,221.

*Thank you.*

*Mary Reed*
11/21/23 for
Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709

**************************************************************************************************
This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | aaron@houchenslaw.com |
| **Cc:** | Frith, Krista (USAVAW); Taylor, Laura (USAVAW); Grover, Jason - SOL |
| **Subject:** | Feb Wire Instructions |
| **Date:** | Monday, January 29, 2024 10:55:06 AM |
| **Attachments:** | 2024-01-29 Feb 2024 wire instructions.pdf |

Good morning,

Please find attached the wire instructions for the February payment. Please be advised we have not seen payments for the last arrears payment of $51,221 or the monthly payment of $102,442.00 for October, November, December, and January. The total past due amount is $460,989.

*Thank you.*

*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709

**************************************************************************************************************

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

This information is considered as CONFIDENTIAL, ATTORNEY-CLIENT PRIVILEGE, AND WORK PRODUCT.

| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | Aaron Houchens |
| **Cc:** | Frith, Krista (USAVAW); Taylor, Laura (USAVAW); Grover, Jason - SOL |
| **Subject:** | RE: [EXTERNAL] Re: Justice Mining |
| **Date:** | Thursday, February 15, 2024 12:03:01 PM |

Good afternoon,

We have received the last arrears payment (#10) today in the amount of $51,221.  Still outstanding are the Oct., Nov. Dec., Jan. & Feb monthly payments in the amount of $102,442 per month.

Thank you.
Mary

---

**From:** Aaron Houchens <aaron@houchenslaw.com>
**Sent:** Thursday, February 15, 2024 8:13 AM
**To:** Reed, Mary (USAVAW) 1 <MReed1@usa.doj.gov>
**Cc:** Frith, Krista (USAVAW) <KFrith@usa.doj.gov>; Taylor, Laura (USAVAW) <LTaylor@usa.doj.gov>; Grover, Jason - SOL <Grover.Jason@dol.gov>
**Subject:** [EXTERNAL] Re: Justice Mining

Good morning,

I understand a monthly payment will be made today.

ABH

On Wed, Feb 14, 2024 at 12:55 PM Reed, Mary (USAVAW) 1 <Mary.Reed@usdoj.gov> wrote:

Good afternoon,

We have not received a payment since the last arrears payment (#9) which was made on 1.9.24. Therefore, the last arrears payment (#10) plus the monthly payments for October to the present are all past due.

Thank you.

---

**From:** Reed, Mary (USAVAW) 1
**Sent:** Friday, January 19, 2024 1:55 PM
**To:** aaron@houchenslaw.com
**Cc:** Frith, Krista (USAVAW) <KFrith@usa.doj.gov>; Taylor, Laura (USAVAW) <LTaylor@usa.doj.gov>; Grover, Jason - SOL <Grover.Jason@DOL.GOV>
**Subject:** Justice Mining

Good afternoon,

We received an arrears payment of $51, 221 on Jan. 9, 2024. The Arrears Payment #10 and the monthly payments for October, November, December, and January are all past due.

*Thank you.*
*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709

****************************************************************************************************
This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

--
Aaron B. Houchens, Esq.
Aaron B. Houchens, P.C.

111 East Main St.

P.O. Box 1250
Salem, VA 24153
(540) 389-4498

www.houchenslaw.com

This communication is confidential and is intended to be privileged pursuant to the attorney-client privilege and work product doctrine  and/or is intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately.

| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | aaron@houchenslaw.com |
| **Cc:** | Taylor, Laura (USAVAW); Frith, Krista (USAVAW); Grover, Jason - SOL |
| **Subject:** | Wire Instructions for March 1,2024 Payment |
| **Date:** | Wednesday, February 28, 2024 8:45:10 AM |
| **Attachments:** | 2024-02-27 Wire Instruciotns for March1 2024 Payment.pdf |

Good morning,

Please find attached the wire instructions for the payment due March 1, 2024.  This account has a **past amount of $512,210** consisting of payments due for: October, November, December, January, and February.

*Thank you.*

*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

This information is considered as CONFIDENTIAL, ATTORNEY-CLIENT PRIVILEGE, AND WORK PRODUCT.

| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | aaron@houchenslaw.com |
| **Cc:** | Taylor, Laura (USAVAW); Frith, Krista (USAVAW); Grover, Jason - SOL |
| **Subject:** | RE: Wire Instructions for March 1,2024 Payment |
| **Date:** | Thursday, March 21, 2024 9:16:29 AM |
| **Importance:** | High |

Good morning,

We have not received a payment this month. Please advise if this was sent so we may track it or advise when it will be sent.

Thank you.
Mary Reed

**From:** Reed, Mary (USAVAW) 1
**Sent:** Wednesday, February 28, 2024 8:45 AM
**To:** aaron@houchenslaw.com
**Cc:** Taylor, Laura (USAVAW) <LTaylor@usa.doj.gov>; Frith, Krista (USAVAW) <KFrith@usa.doj.gov>; Grover, Jason - SOL <Grover.Jason@DOL.GOV>
**Subject:** Wire Instructions for March 1,2024 Payment

Good morning,

Please find attached the wire instructions for the payment due March 1, 2024.  This account has a **past amount of $512,210** consisting of payments due for: October, November, December, January, and February.

*Thank you.*

*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709

****************************************************************************************************************
This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
----------------------------------------------------------------------------------------------------
This information is considered as CONFIDENTIAL, ATTORNEY-CLIENT PRIVILEGE, AND WORK PRODUCT.

| | |
|---|---|
| **From:** | Reed, Mary (USAVAW) 1 |
| **To:** | aaron@houchenslaw.com |
| **Cc:** | Taylor, Laura (USAVAW); Frith, Krista (USAVAW); Grover, Jason - SOL |
| **Subject:** | Justice Mining |
| **Date:** | Wednesday, April 3, 2024 1:03:19 PM |

Good afternoon,

We received a payment today for **$25,610.50** which is a quarter of a monthly payment. Please advise if will we receive the remaining $76,831.50 this month to completely pay the outstanding October payment?

*Thank you.*

*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709

******************************************************************************************************************************

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

This information is considered as CONFIDENTIAL, ATTORNEY-CLIENT PRIVILEGE, AND WORK PRODUCT.

| From: | Frith, Krista (USAVAW) |
|---|---|
| To: | aaron@houchenslaw.com; Reed, Mary (USAVAW) 1 |
| Cc: | Taylor, Laura (USAVAW); "Grover, Jason - SOL" |
| Subject: | RE: [EXTERNAL] RE: June wire instrctions |
| Date: | Tuesday, July 9, 2024 10:14:00 AM |

Aaron,

Sorry for the confusion. Yes, the remaining balance on this debt is $589,041.53. According to the settlement agreement, this debt should have been paid in full on March 1, 2024. We expect payment in full at this point and any further delay will require us to seek action with the court.

Thank you,
Krista

**From:** aaron@houchenslaw.com <aaron@houchenslaw.com>
**Sent:** Tuesday, June 25, 2024 11:18 AM
**To:** Reed, Mary (USAVAW) 1 <MReed1@usa.doj.gov>
**Cc:** Frith, Krista (USAVAW) <KFrith@usa.doj.gov>; Taylor, Laura (USAVAW) <LTaylor@usa.doj.gov>; 'Grover, Jason - SOL' <Grover.Jason@DOL.GOV>
**Subject:** [EXTERNAL] RE: June wire instrctions

I think that the total amount owed is actually $589,000

**From:** Reed, Mary (USAVAW) 1 <Mary.Reed@usdoj.gov>
**Sent:** Tuesday, June 25, 2024 10:22 AM
**To:** aaron@houchenslaw.com
**Cc:** Frith, Krista (USAVAW) <Krista.Frith@usdoj.gov>; Taylor, Laura (USAVAW) <Laura.Taylor@usdoj.gov>; Grover, Jason - SOL <Grover.Jason@DOL.GOV>
**Subject:** RE: June wire instrctions

Good morning,

We still have not received any payments since April 2, 2024. Please advise when we will see a payment.

Thank you.
Mary Reed

**From:** Reed, Mary (USAVAW) 1
**Sent:** Tuesday, May 28, 2024 12:22 PM
**To:** aaron@houchenslaw.com
**Cc:** Frith, Krista (USAVAW) <KFrith@usa.doj.gov>; Taylor, Laura (USAVAW) <LTaylor@usa.doj.gov>; Grover, Jason - SOL <Grover.Jason@DOL.GOV>
**Subject:** June wire instrctions

Please find attached the wire instructions for the June payment.

We did not receive any payments in May. **The total past due amount is $793,925.50.**

Please advise when we will receive a payment.

*Thank you.*

*Mary Reed*

Mary Reed
Legal Assistant
Financial Litigation Unit
540-857-2259 Ext. 1

U.S. Attorney's Office
Western District of Virginia
P.O. Box 1709
Roanoke, VA  24008-1709

*******************************************************************************************
This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

This information is considered as CONFIDENTIAL, ATTORNEY-CLIENT PRIVILEGE, AND WORK PRODUCT.

Virus-free. www.avg.com