IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 7:19-CV-00354 |
| SOUTHERN COAL CORPORATION, ET AL. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**NOTICE OF PARTIAL PAYMENT**

The United States hereby provides notice it received a $25,000 payment from Defendants on January 13, 2025. The balance of the debt is now $434,041.53.

                Respectfully submitted,

                ZACHARY T. LEE
                Acting United States Attorney

Date: January 14, 2025        */s/ Laura Day Taylor*
                Laura Day Taylor
                Assistant United States Attorney
                Virginia State Bar No. 94021
                Illinois State Bar No. 6289334
                Laura.Taylor@usdoj.gov

                */s/ Krista Consiglio Frith*
                Assistant United States Attorney
                Virginia Bar No. 89088
                United States Attorney's Office
                P. O. Box 1709
                Roanoke, VA 24008-1709
                Telephone: (540) 857-2250
                Facsimile: (540) 857-2283
                Krista.Frith@usdoj.gov

/s/ Jason S. Grover
Special Assistant United States Attorney
Illinois Bar No. 6256032
Counsel for Trial Litigation
Mine Safety and Health Division
Department of Labor
201 12th Street South, Suite 401
Arlington, VA 22202
TEL (202) 693-9326
FAX (202) 693-9392
grover.jason@dol.gov
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ Krista Consiglio Frith
Krista Consiglio Frith
Assistant United States Attorney

2