# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**UNITED STATES OF AMERICA**

vs.

**SOUTHERN COAL CORPORATION, ET AL,**

Action No:   7:19CV00354
Date:   1/16/2025
Judge:   Michael F. Urbanski, SUSDJ
Court Reporter:   Whitney Stier
Deputy Clerk:   Kristin Ayersman

<u>Plaintiff Attorney(s)</u>
Krista Frith, Jason Scott Grover, Laura Taylor

<u>Defendant Attorney(s)</u>
Aaron Houchens

**PROCEEDINGS:**
Parties present via Zoom for ECF 56 Motion Civil Contempt by USA.
Court notes there is still a balance remaining.
Court notes for a ruling on contempt there should be evidence presented by defendant to show why unable to make payments.
Dft responds.
Court wants an evidentiary hearing, in person, with witnesses and exhibits.
US responds.
Court will not rule on record today.
Court directs dft to submit discovery documents re finances to US and directs parties to submit an agreed protective order that prevents disclosure of financial information, although documents submitted during a hearing will be public.
EVID 2/25 at 9:30am in person.


Time in Court:   2:04 – 2:33   29m