FILED IN OPEN COURT
DATE 2/25/25
BY /s/ illegible
DEPUTY CLERK
Rkc  DIVISION, WD of VA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>Plaintiff )<br><br>v. )<br><br>SOUTHERN COAL CORPORATION et al., )<br><br>Defendants. ) | Civil Action No. 7:19-cv-354 |

## PROTECTIVE ORDER

Pursuant to the request of the Defendants, by counsel, and good cause appearing as to the Defendants' concern that certain financial information necessary for adjudication of the pending motion in this action may be confidential or proprietary requiring protection, the Court ORDERS as follows:

1.   This Protective Order will govern the designation, production, examination, and use of confidential information by any party to this litigation, and any third party who elects to be bound by this Order.

2.   This Protective Order is entered for the purposes of this case and shall remain in full force and effect unless modified by an Order of this Court or by the written stipulation of the parties filed with this Court.

3.   Nothing in this Protective Order shall limit or preclude any party from applying to the Court for relief from this Protective Order, or for such further or additional Protective Orders as the Court may deem appropriate.

4.   Any Defendant who produces or discloses any financial or confidential business information (including tax returns) may designate the material as "CONFIDENTIAL."

1