# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**UNITED STATES OF AMERICA**

vs.

**SOUTHERN COAL CORPORATION, ET AL**

Action No:   7:19CV00354

Date:   2/27/2025

Judge:   Michael F. Urbanski, SUSDJ

Court Reporter:   Frank Austin

Deputy Clerk:   Kristin Ayersman

Plaintiff Attorney(s)
Krista Frith, Laura Taylor

Defendant Attorney(s)
Aaron Houchens

### LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
Evid Hrg continued from 2/25/25.
Court addresses the parties about case progression, and notes in the meantime a joint stipulation was filed yesterday evening.
US addresses/outlines stipulation.
Dft responds, asking that the order be entered.
Court addresses the parties.   Court will enter an order today purs to the joint stipulation, denying motion for civil contempt without prejudice with leave for US to refile.

Time in Court:   9:04-9:15   11m