IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 7:19-CV-00354 |
| **SOUTHERN COAL CORPORATION, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**NOTICE OF SATISFACTION OF JUDGMENT**

The United States hereby provides notice Defendants and non-party Bluestone Coal Corporation have satisfied the debt set forth in the Consent Judgment (ECF No. 45) pursuant to the February 27, 2025 Joint Stipulation (ECF No. 72).

                                                    Respectfully submitted,

                                                    ZACHARY T. LEE
                                                    Acting United States Attorney

Date: May 1, 2025                     */s/ Laura Day Taylor*
                                                    Laura Day Taylor
                                                    Assistant United States Attorney
                                                    Virginia State Bar No. 94021
                                                    Illinois State Bar No. 6289334
                                                    Laura.Taylor@usdoj.gov

                                                    */s/ Krista Consiglio Frith*
                                                    Assistant United States Attorney
                                                    Virginia Bar No. 89088
                                                    United States Attorney's Office
                                                     P. O. Box 1709
                                                     Roanoke, VA 24008-1709
                                                     Telephone: (540) 857-2250
                                                     Facsimile: (540) 857-2283
                                                     Krista.Frith@usdoj.gov
                                                     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will send notice to all counsel of record.

>*/s/ Krista Consiglio Frith*
> Krista Consiglio Frith
> Assistant United States Attorney